"A"

In the United States District Court

For the District of Rhode Island
(Form mailed September 1, 2006, [redacted] )

Thomas Flannery #W86388
MCI Shirley
PO Box 1218
Shirley Ma 01464
/Enter above the full mane of the plaintiff or plaintiffs in this action. /

CA 06 399 S

v.-

Civil Action No. ____________

DR Baumeister, Joseph Marocco
Michael Perkis, LT Hanley, LT Barney

/Enter above the full name of the defendant or defendants in this action/

1.- Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes /_7 No /✓7

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of ~~paper, using the same outline.)~~

1. Parties to this previous lawsuit

Plaintiffs: ____________________

Defendants: ____________________

2. Court /if federal court, name the district; if state court, name the county/: ____________________

3. Docket number: ______

4. Name judge to whom case was assigned: ______

5.- Disposition /for example: Was the case dismissed? Was it appealed? Is it still pending?/: ______

6. Approximate date of filing law suit: ______

7. Approximate date of disposition: ______

II. Place of Present Confinement: MCI Shirley

A. Did you present the facts relating to your complaint to The Warden or any of the prison officials?
Yes /☑/ No /_/

B. If your answer is YES:

1. What steps dis you take? Tried Inmate Grievance Procedure

2. What was the result? Told Medical wasn't grievable

C. If your answer is NO, explain why not: ______

III. Parties

/In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any./

A. Name of plaintiff Thomas J Flannery

/ In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants./

B. Defendant DR Baumeister is employed as Psychiatrist at ACI Intake Center

C. Additional Defendants: Joseph Marocco, Michael Parkis, LT Hanley, LT Barney ACI Intake Center
Joseph Marocco Moran Medium Security ACI

IV. Statement of Claim

State here as briefly as possible the facts of your case. Discribe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. /Use as much space as you need. Attach extra sheet if necessary./

See attached Complaint

V. Relief

State briefly exactly what you want the court to do for you.

Make no legal arguments. Cite no cases or statutes.

See attached copy of relief requested

VI. NOTE: Should you fail to execute and return this form within ten days from the date of mailing as recorded on pace 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this ________________ day of ____________________, ~~198~~

____________________

____________________

Tom Flannery
/Signature of plaintiff or plaintiffs/

VERIFICATION

State of Ma )
)
County of Middlesex )

Thomas Flannery, being first duly sworn, under oath, says: that he is the plaintiff in this action and knows the contents of the above complaint; that it is true of his own knowledge, exceptas to those matters that are stated in it on his information and belief; and as to those matters, he believes them to be true.

Tom Flannery
/Signature of plaintiff

Subscribed and sworn to before

me this ____________________ day of ____________________,

2006 (~~198~~) ________.

/Notary Public or other person authorized to administer an oath/

Commonwealth of Massachusetts }
} ss.
County of Middlesex }

On this the 1st day of September, 2006 before me *Daniel Morse*, the undersigned *Notary Public*, Personally appeared Thomas Flannery, and proved to me through satisfactory evidence of identity, which was *MA DOC Inmate ID to* be the person whose name was signed in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

[signature]
Notary Public

DANIEL D. MORSE
Notary Public
Commonwealth of Massachusetts
My Commission Expires On
March 7, 2008

3/25/06 ①

United States District Court
For the 1st District
One Exchange Building
Federal Building and Courthouse
Providence RI, 02903

CA 06 399S

Thomas Flannery
Plaintiff
against
DR Baumeister, Joseph Marocco
Michael Parkis, LT Hanley
LT Barney, sued in their
individual and official capacities

Complaint
Jury Trial Demanded

Preliminary Statement

This is a Civil Rights action Filed by Thomas Flannery a State prisoner For damages and injunctive relief under 42 U.S.C. 1983. Alleging inadequate medical care in violation of the 8th Amendment to the United States Constitution. The Plaintiff also alleges the torts of Malpractice and Negligence.

(2)

Jurisdiction

1. The court has jurisdiction over the plaintiff's claims of violation of federal constitutional rights under 42 U.S.C. §§ 1331(a) and 1343.

2. The court has supplemental jurisdiction over the plaintiff's state law tort claims under 28 U.S.C. § 1367.

Parties

3. The plaintiff, Thomas Flannery was incarcerated at the A.C.I. Intake
~~[illegible]~~
Service Center during the events described in this complaint.

4. Defendants Hanley and Barney are sued in their individual And official capacities.

5. Defendants Baumeister Joseph Marocco and Michael Parkis are sued in both individual and official capacities.

5. All the defendants have acted, and continue to act, under color of state law at all times relevant to this complaint.

(3)

Facts

6. On January 24 2006 I was transferred to RI From Ma for an untried indictment. At my initial Medical Screen on the above mentioned date I explained to the nurse that I belong to and am under Ma state care until April 2010 and that Im only here temporarily. I then told her that my Doctor for the MA DOC gives me Motrin 800 3x a day, Erythromyacin 5% topical solution and that I also have a wool blanket allergy. I also mentioned that my Psych Doctor for the Ma DOC prescribes Klonopin 2x daily and Remeron at night.

Denial of Medical Care

7. Since being here I've turned in a total of 6 medical slips complaining of panick atacks anxiety induced chest pains and other problems as a result of not being given my psych meds.

8. In these slips I also mention my wool allergy my Erythromyacin and my Motrin 800

9. In these slips I also ask them to obtain my records from M.C.I. Concord

10. The slips are dated 1/26 2/12 2/18 2/23 ~~2/2~~ 2/28 3/12

11. On 1/30/06 I filled out a request to LT Hanley detailing this situation and asking for a grievance, he denied me.

12. On 2/9/06 I filled out another request to LT Barney again detailing my problem again I was denied.

13. On 3/13/06 after being here 48 days I was finally provided with a release form so they could get my records

14. On 3/15/06 after being here for 51 days I was finally seen by a Medical Doctor who apologized wrote an order for Motrin 400 & for the Erythromyacin also, I was told they have no alternatives to wool for blankets and that I could purchase a cotton blanket.

15. I was told on 3/16/06 by the Medical Doctor that since my records were finally here they would be forwarded to DR Baumeister for continuation of care so I could get my much needed Klonopin and Remron.

16. I've seen DR Baumeister twice both times my records weren't here and both times he refused to give me my doctor ordered Klonopin and Remron

17. He instead offered me psychotropic medication and I told him these didn't help

18. He then stated that if I have a panick atack and I can prove it to him by summonsing a nurse and having her take my vitals he would then give me my meds.

19. On my 59th day here I started receiving my Motrin 800 and Erythcomyacin I'm still not getting my Klonopin and Remron.

Claims for Relief

20. The Failure of defendant Baumeister to continue my care has caused an atypical and significant hardship what I've gone through the last 59 days know one should have to go through my anxiety is killing me by adding extreme mental anguish. Constituting deliberate indifference and a Negligence tort

21. The failure of defendants Marocco and Parkis to monitor and oversee there subordinates is obviously inadequate; constituting indifference

22. LT Hanley and LT Barney participated in this wrong by denying me a grievance and by being aware of what the grievance was for, constitutes indifference.

Relief Requested

Wherefore, Plaintiff requests that the court grant the following relief.

A. Issue a declatory judgement stating that:

1. That the delay in obtaining my records and the refusal thus far to give me my anxiety medication by defendants Baumeister and his superiors Marocco and Parks violated my right to Adequate Medical Care under the 8th Amendment. To the United States Constitution and that DR Baumeisters actions specifically constitute a tort for Malpractice and Negligence

2. Defendants Hanley and Barney while being aware of this wrong did nothing to help remedy said wrong acted with willfull disregard and deliberate indifference

3. That the medical staff continues to this day to violate the Plaintiffs rights under the 8th Amendment

B. Issue an injuction ordering the defendants or their agents to:

1. Immediately provide me with my medication now or anytime in the future

2. Carry out without delay and continue treatment prescribed to me by my doctor at the MA DOC.

C. Award compensatory damages in the following amounts:

1. $100,000 jointly and severally against defendants Baumeister, Marocco and Parkis for the mental pain and anguish suffered as a result of their Negligence

2. $10,000 jointly and severally against defendants Barney and Hanley for their deliberate indifference in failing to do anything to remedy these wrongs

C. Award Punitive damages in the following amounts:

1. $5000 each against defendants Hanley and Barney

2. $10,000 each against defendants Baumeister, Marocco and Parkis.

D. Grant Such Relief as it may appear that plaintiff is entitled.

Date: 8-30-06
Signature: Tom Fley
Name: Tom Flannery
Adress: MCI Shirley
PO Box 1218
Shirley Ma 01464