10-7-06

FILED
2006 OCT 12 A 11:02
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RE: Case # 1:06 cv 399

Honorable Judge [illegible] I would like to thank you for allowing my to proceed in Forma Pauperis. In the Memorandum and order you give me 20 days to forward the initial $50.00. Things are slow here but I will photo copy and forward a copy of the Memorandum and order to the treasurers office here. Hopefully this will compel them to move quicker, if not; can you grant me a little extra time? Also can you please have the clerk forward me summons forms for each defendant so the U.S. Marshal's Service can serve my complaint for me. Thank You

Sincerely
Tom Flannery.

Thomas Flannery W-86388
MCI Shirley
PO Box 1218
Shirley, Ma, 01464.

CC: File