UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Thomas Flannery, Plaintiff, v. Dr. Baumeister, et al., Defendants. | C.A. No. 06-399S |

**MOTION FOR SERVICE BY THE COURT**

NOW COMES Thomas Flannery, in the above captioned and numbered matter and moves this court to effectuate service on the defendants.

As grounds for this motion, Thomas Flannery submits that he was granted in forma pauperis status in this matter.

WHEREFORE, Thomas Flannery moves this court to effectuate service in this matter.

Dated: October 18, 2006

Respectfully submitted,

Tom Flannery

Thomas Flannery, pro se
W-86388
MCI Shirley, Medium
P.O. Box 1218
Shirley, MA 01464-1218

cc: File

David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Paulette J. Dube
Chief Deputy Clerk

October 16, 2006

TO: Thomas Flannery

RE: C.A. No. 06-399S, Flannery v. Dr. Baumeister, et al.

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, you are required to effect service on the named defendant(s). Service upon defendants who are employees of the Adult Correctional Institution (ACI) can be accomplished by mailing a copy of the Complaint along with the attached forms.

The first form is the "Notice of Lawsuit and Request for Waiver of Service of Summons" and the second form is titled "Waiver of Service of Summons". You should complete one copy of the "Notice of Lawsuit" form and two copies of the "Waiver of Service" form for each defendant. Once you have completed the forms, then mail a copy of the Complaint and the above mentioned forms to each defendant.

If a defendant returns to you a "Waiver of Service" form, you do not need to do anything else to effect service. The defendant will have 60 days from the date you sent the forms to file their answer to your complaint. You **must** file with the Court all "Waiver of Service" forms you receive from the defendant(s).

If the defendant(s) is not employed by the ACI, or does not accept service in the manner set forth above, you are required to effect service by other means pursuant to Rule 4 of the Federal Rules of Civil Procedure.

DAVID A. DIMARZIO
Clerk of Court

By____________________
Deputy Clerk