UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS FLANNERY

v.                                                                C.A. No. 06 - 399 S

A.T. WALL, et al.

## MEMORANDUM AND ORDER

Plaintiff Thomas Flannery, *pro se*, is currently before the Court on a motion to extend time in which to pay the initial partial filing fee in this case. Said motion to extend time is **GRANTED**. Plaintiff shall pay the initial partial filing fee within forty-five days of the date of this Order.

Plaintiff also appears to be seeking to have the U.S. Marshal serve the named defendants. Plaintiff, incarcerated in Massachusetts, is suing employees at the Rhode Island Department of Corrections. The named defendants are Dr. Baumeister, Joseph Marocco, Michael Parkis, Lt. Hanley, and Lt. Barney. Plaintiff's motion have the U.S. Marshal serve these named defendants is hereby **GRANTED**.

IT IS SO ORDERED.

_____
Jacob Hagopian
Senior United States Magistrate Judge
Date: 24 oct 06