U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

PLAINTIFF: Thomas Flannery W-86388
COURT CASE NUMBER: CA 06-399S

DEFENDANT: LT Barney et al
TYPE OF PROCESS: Civil

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Lieutenant Barney Intake Service Center LT

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): PO Box 8249 Cranston RI 02920

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Thomas Flannery W-86388
PRO-SE MCI Shirley
PO Box 1218 Shirley Ma 01464

Number of process to be served with this Form - 285: 12
Number of parties to be served in this case: 6
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

LT CASEY Barney is an intake Center Lieutenant
I believe on the 7-3 shift

Signature of Attorney or other Originator requesting service on behalf of: [signature]
☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 2-7-06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | [signature] | 2/20/07 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: CPT Barney

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*: Intake Service Center
Cranston, RI 02920

Date of Service: 2/27/07
Time: 1700 hrs / 500 pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $202.50 | $23.28 | – | $225.78 | -0- | $225.78 / -0- |

REMARKS:
NOT WORKING 2/21/07 1100HRS. C.MOORE 1 DEP (16 MILES) 2 1/2 HRS
NOT WORKING 2/23/07 1753 HRS C.MOORE 1 DEP (16 MILES) 1 HR.
2 Deputies / 3 endeavors / 48 miles / 4 1/2 hours (Totals)

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)