U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: Thomas Flannery W-86388 | COURT CASE NUMBER: CA06-399S |
| DEFENDANT: DR. Baumeister et al; | TYPE OF PROCESS: Civil |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: ACI Intake Service Center Cranston RI

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: PO Box 8249 Cranston R.I. 02920

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Thomas Flannery W-86388
M.C.I. Shirley
PO Box 1218
Shirley, Ma, 01464
PRO-SE

| | |
|---|---|
| Number of process to be served with this Form - 285 | 12 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

Fold

DR Baumeister Is at the Intake service center I believe Monday & Tuesdays He is a psychiatrist

Fold

| Signature of ~~Attorney~~ or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] Pro-SE | ☒ PLAINTIFF ☐ DEFENDANT | — | 2-7-06 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | [signature] | 2/20/07 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: MIKE GRANT - LEGAL DEPT.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*: 40 HOWARD AVE CRANSTON, R.I

| Date of Service | Time |
|---|---|
| 2/26/07 | 0915 am |

Signature of U.S. Marshal or Deputy: C. A Moore

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $ 157.50 | $ 23.28 | | $ 180.78 | —0— | $ 180.78 | —0— |

REMARKS:

NOT WORKING ON ACI GROUNDS 2/21/07 (1 DEP) 2 1/2 HRS 16 MILES C.MOORE LEGAL WILL NOT ACCEPT W/O AUTHORIZ
MIKE TALKED W/DR BAUMEISTER HE LET MIKE ACCEPT. SERVED C.MOORE (1 DEP) (1 HR) (32 MILES)
[signature] SERVED 48 MILES 3 1/2 HRS 1 DEP. C.MOORE

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)