**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THOMAS FLANNERY**

**v.** **C.A. No. 06-399S**

**A.T. WALL in his**
**official capacity as Director of the Department**
**of Corrections, ET AL**

## ANSWER

Now come Defendants, A.T. WALL, in his official capacity as Director of the Department of Corrections, JOSEPH R. MAROCCO, LIEUTENANT DELANEY and CAPTAIN BARNEY and hereby answer the Complaint of Plaintiff, Thomas Flannery, as follows:

## PRELIMINARY STATEMENT

This Paragraph is introductory in nature and no responsive pleading is required thereto; if deemed required, the allegations in this Paragraph are denied and Plaintiff is left to his proof thereof.

## JURISDICTION

1. This Paragraph is jurisdictional in nature and no responsive pleading is required; if deemed required, the allegations in this Paragraph are denied and Plaintiff is left to his proof thereof.
2. This Paragraph is jurisdictional in nature and no responsive pleading is required; if deemed required, the allegations in this Paragraph are denied and Plaintiff is left to his proof thereof.

## PARTIES

3. Admitted.

4. Admitted.

5. Admitted.

5. Admitted

## FACTS

6. Denied, Plaintiff was transferred from Massachusetts to the Rhode Island on January 25, 2006; Defendants are without knowledge sufficient to form a belief as to the truth or falsity of all remaining allegations contained in this paragraph and leave Plaintiff to his proof.

## DENIAL OF MEDICAL CARE

7. This Paragraph does not pertain to the answering Defendants and no responsive pleading is required thereto; if deemed required, Defendants deny the allegation of this Paragraph and leave Plaintiff to his proof thereof.

8. This Paragraph does not pertain to the answering Defendants and no responsive pleading is required thereto; if deemed required, Defendants deny the allegation of this Paragraph and leave Plaintiff to his proof thereof.

9. This Paragraph does not pertain to the answering Defendants and no responsive pleading is required thereto; if deemed required, Defendants deny the allegation of this Paragraph and leave Plaintiff to his proof thereof.

10. This Paragraph does not pertain to the answering Defendants and no responsive pleading is required thereto; if deemed required, Defendants deny the allegation of this Paragraph and leave Plaintiff to his proof thereof.

11. Denied

12. Denied

13. This Paragraph does not pertain to the answering Defendants and no responsive pleading is required thereto; if deemed required, Defendants deny the allegation of this Paragraph and leave Plaintiff to his proof thereof.

14. This Paragraph does not pertain to the answering Defendants and no responsive pleading is required thereto; if deemed required, Defendants deny the allegation of this Paragraph and leave Plaintiff to his proof thereof.

15. This Paragraph does not pertain to the answering Defendants and no responsive pleading is required thereto; if deemed required, Defendants deny the allegation of this Paragraph and leave Plaintiff to his proof thereof.

16. This Paragraph does not pertain to the answering Defendants and no responsive pleading is required thereto; if deemed required, Defendants deny the allegation of this Paragraph and leave Plaintiff to his proof thereof.

17. This Paragraph does not pertain to the answering Defendants and no responsive pleading is required thereto; if deemed required, Defendants deny the allegation of this Paragraph and leave Plaintiff to his proof thereof.

18. This Paragraph does not pertain to the answering Defendants and no responsive pleading is required thereto; if deemed required, Defendants deny the allegation of this Paragraph and leave Plaintiff to his proof thereof.

19. This Paragraph does not pertain to the answering Defendants and no responsive pleading is required thereto; if deemed required, Defendants deny the allegation of this Paragraph and leave Plaintiff to his proof thereof.

## CLAIMS FOR RELIEF

20. This Paragraph does not pertain to the answering Defendants and no responsive pleading is required thereto; if deemed required, Defendants deny the allegation of this Paragraph and leave Plaintiff to his proof thereof.

21. Denied.

22. Denied.

## AFFIRMATIVE DEFENSES

1. The complaint fails to state a cause of action.

2. Defendants plead immunity based on their positions with state government.

3. Plaintiff failed to mitigate damages.

4. Defendants acted in good faith and have qualified immunity.

5. Defendants plead the doctrine of discretionary immunity.

6. Defendants plead immunity under the Eleventh Amendment of the Constitution.

7. Plaintiff failed to exhaust her administrative remedies.

8. Defendants' conduct was not the legal cause of damages to plaintiff, if there are any.

9. Defendant A. T. Wall, to the extent that he is sued in his official capacity as Director of the Rhode Island Department of Corrections has the benefit of his status as sovereign, together with all privileges and immunities which inure to said status; Defendant Joseph Marocco, to the to the extent that he is sued in his official capacity as Associate Director of Health Care Services of the Rhode Island Department of Corrections; Defendant Lieutenant Hanley, to the to the extent that he is sued in his official capacity as a Correctional Officer/Lieutenant at the Rhode Island Department of Corrections; Defendant Captain Barney, to the to the extent that he is sued in his official capacity as a Correctional Officer/Captain at the Rhode Island Department of Corrections all having the benefit of their status as sovereigns, together with all privileges and immunities which inure to said status.

**Defendants hereby demand a trial by jury on all counts so triable.**

Respectfully submitted,

DEFENDANTS
By their Attorney,

/S/ Michael B. Grant

Michael B. Grant, Bar No. 3864
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of this Answer, first class mail, postage pre-paid, on this 12th day of March, 2007 to those indicated below:

/S/ Michael B. Grant

Thomas Flannery, #W-86388
MCI Shirley
P.O. Box 1218
Shirley, MA 01464