**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS FLANNERY** | : | |
| | : | |
| **v.** | : | **C.A. No. 06-399S** |
| | : | |
| **DR. BAUMEISTER; JOSEPH MAROCCO;** | : | |
| **MICHAEL PARKIS; LT. HANLEY;** | : | |
| **LT. BARNEY, SUED IN THEIR INDIVIDUAL** | : | |
| **AND OFFICIAL CAPACITIES** | : | |

**ENTRY OF APPEARANCE**

I, Jay M. Elias, Esquire, hereby enter my appearance on behalf of Defendant, Michael Parkis [*sic*].

Defendant, Michael Parkis [sic],
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

______________________________

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 12th day of March, 2007, to the following:

Mr. Thomas Flannery
MCI Shirley
P. O. Box 1218
Shirley, MA 01464

______________________________

*Entry of Appearance*