DWC:JBM - 316924
70-71 (3/16/07

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**THOMAS FLANNERY**

**v.** **C.A. NO. 06-399S**

**DR: BAUMEISTER; JOSEPH MAROCCO; MICHAEL PARKIS; LT. HANLEY; LT. BARNEY; SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES**

**ENTRY OF APPEARANCE**

The undersigned hereby enters his appearance on behalf of the defendant, Dr. Bauermeister, in the above-entitled matter.

/s/ John B. Moretta

John B. Moretta #6984
ROBERTS, CARROLL, FELDSTEIN & PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000 FAX 401-521-1328
Email: jmoretta@rcfp.com

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document was mailed, postage prepaid, to the following on the 16th day of March, 2007:

Thomas Flannery, # W-86388
MCI Shirley
P.O.Box 1218
Shirley, MA 01464

/s/ John B. Moretta

I hereby certify that on this 16th day of March, 2007, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who is/are registered participant identified on the Notice of Electronic Filing:

Michael B. Grant
40 Howard Avenue
Cranston, RI 02920

Jay M. Elias, Esq.
Ratcliffe, Burke Harten & Elias, LLP
1600 Financial Plaza
Providence, Rhode Island 02903

/s/ John B. Moretta