3-15-07

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

Notice Of Motion:

Thomas Flannery

Plaintiff

V

Dr.Baumeister et al;

CA-06-399-S

PLAINTIFFS MOTION FOR ORDER FROM COURT TO RELEASE LEGAL MATERIALS HELD BY MCI SHIRLEY PROPERTY DEPT.

Now comes Thomas Flannery in the above captioned and numbered action. I'm a pro-se plaintiff in this action and in preperation for future proceedings in the above mentioned case I have ordered many - self help legal books.

Two books ordered are''Brief Writing And Oral Argument''and''Intro - To The U.S. Legal System.These books were published by Oceana - Publications but shipped to me from Oxford University Press.

The Ma DOC has placed these two books in contraband saying they a - re not directly from the publisher.The DOC"s pre-approved dis - tributor list states''Inmates May Still Purchase Books Direct - ly from A Publisher not The Publisher.

Not only is the language vague these books are vital tools to a p - ro se plaintiff pursuing a non frivolous legal claim.And the - shortcomings here are hindering my efforts to pursue such a - claim.

I feel the Ma DOC is retaliating against me and probably acting in concert with the defendants at the prison in R.I.So I ask for - protection from this honorable court and ask for an order ins - tructing the Ma DOC to give me my legal books and stop interf - erring with my 6th and 14th amendments as well as a Federal C - ase.

I Thomas Flannery hereby certify under penalty of perjury that a tr- ue and correct copy of my motion for legal materials has been - provided to the United States District Court for the District - of Rhode Island by mailing said motion to the Court and also - to defendant Michael Parkis(sic) attorney Jay Elias Esq.#3050 1600 financial plaza Providence R.I. 02903.Wherefore plaintiff-

prays that this honorable court allow this motion to be granted for the reason herein in the interest of justice and equity and for - any and all reasons as the court may be deemed meet and just in - the premises and issues and order to that effect.

Respectfully Submitted,

Thomas Flannery-Pro-Se
#W86388
M.C.I. Shirley
P.O. Box 1218
Shirley,Ma,01464

3-14-07

Thomas Flannery-W86388
M.C.I. Shirley
P.O. Box 1218
Shirley,Ma,01464

Ratcliffe Burke Harten & Elias LLP
1600 Financial Plaza
Providence,R.I.02903
Attention:Jay M. Elias

Dear Attorney Elias,

I recieved your answer to my complaint.As I anticipated you and your client Michael Parkis (sic).Are going to try and use rule 12(b) (6) sometimes construed as rule 56.

On 2-23-07 I recieved a letter from Pro-Mutual Group the insurance liability carrier for Michael Parkis(sic).The claim represenative is Cynthia Cantrell.

I assume they are interested in some sort of indemnity payment if this is the case and there is room for discussion please let me know if not we shall continue the litigation process.

Sincerely,

Thomas Flannery

CC:U.S. District Court Clerk's Office
CC:File