3-20-07

United States District Court
District Of Rhode Island

THOMAS FLANNERY-W86388

PLAINTIFF
V
Dr.Baumeister et al;

Application for Appointment
Of Counsel

CA06-399S

A.Thomas Flannery

B.Request Lawyer for the following reasons.I'm pro-se and in Forma Pauperis the case is complex with the amount of defendants and the answers submitt ed by them I need assistance to respond to them.

C.This has been my only attempt to retain counsel.

D.I do not need a bilingual attorney as I speak english.

I declare under penalties of perjury that my answers to the foregoing quest- ions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns.either fr -m myself or elsewhere.that I can afford a lawyer.the lawyer may give th- is infromation to the court.

I understand that if my answers are false my case can be dismissed.

DATED:3-20-07

SIGNATURE: [signature]

MCI SHIRLEY
PO BOX 1218
Shirley,Ma,01464

CC:Mike Grant RI DOC ATTORNEY
CC:JAY ELIAS MICHAEL PARKIS (sic)ATTORNEY