**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS FLANNERY** | **:** | |
| | **:** | |
| **v.** | **:** | **C.A. No. 06-399S** |
| | **:** | |
| **DR. BAUMEISTER; JOSEPH MAROCCO;** | **:** | |
| **MICHAEL PARKIS; LT. HANLEY;** | **:** | |
| **LT. BARNEY, SUED IN THEIR INDIVIDUAL** | **:** | |
| **AND OFFICIAL CAPACITIES** | **:** | |

**MOTION FOR LEAVE TO EXTEND TIME**
**TO FILE ANSWER**
**OF**
**DEFENDANT MICHAEL PARKIS [*sic*]**

The defendant, Michael Parkis [*sic*] respectfully requests that this Honorable Court extend the time within which to file his Answer to plaintiff's Complaint. In support of this Motion for Leave to Extend Time, this defendant submits that he did timely file an Answer on March 12, 2007 via the electronic filing system, and that a copy of his Answer was timely mailed to the plaintiff on that day. Subsequent to the filing of the Answer, though, it was brought to the attention of this defendant's counsel that the Answer was rejected by the Court because it was inadvertently filed without the required electronic signature.

In consideration of the fact that an Answer was filed by this defendant, and in the interests of fairness and justice, defendant Michael Parkis [*sic*], alias Michael Poshkus, M.D., therefore respectfully requests that this Honorable Court extend the time within which he may re-file his Answer, and provide him up to and including April 20, 2007 to file his Answer with the proper electronic signature. This defendant submits that his properly signed Answer has, in fact, been filed with the Clerk of the Court.

Respectfully Submitted,

Defendant, Michael T. Poshkus, M.D.
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias
______________________________

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 29th day of March, 2007, to the following:

Mr. Thomas Flannery, #W-86388
MCI Shirley
P. O. Box 1218
Shirley, MA 01464

A. T. Wall
40 Howard Avenue
Cranston, RI 02920

/s/ Jay M. Elias
______________________________

I hereby certify that on this 29th day of March, 2007, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

Michael B. Grant, Esquire
40 Howard Avenue
Cranston, RI 02920

John B. Moretta, Esquire
Roberts, Carroll, Feldstein & Peirce, Inc.
10 Weybosset Street, 8th Floor
Providence, RI 02903

/s/ Jay M. Elias

_________________________________

*Motion for Leave to Extend Time*