UNITED STATES DISTRICT COURT 3-29-07

DISTRICT OF RHODE ISLAND

THOMAS FLANNERY )
PLAINTIFF )
V. ) CIVIL ACTION NO.06-399S
DR.BAUMEISTER et al 1 )
DEFENDANTS )

MOTION TO STAY PRE TRIAL CONFERENCE PURSUANT TO FED RULES 16(b)6

Now comes the plaintiff in the above captioned action and duly proposes to stay pre trial conference scheduled for April 10 2007. For good cause in that the plaintiff states he has requested the court to allow him to amend his complaint and to dismiss certain defendants while adding another.Plaintiff has also submitted motion for appointment of counsel and motion for release of legal books being held by MCI Shirley.I've earnestly been working on the above captioned action to the best of my ability and have been seeking assistance whenever possible but being in prison and being pro se sometimes creates difficulties.Furthermore complicating - matters is that my criminal attorney Steven Dilibero out of Providence RI has told me that I have a court date on April 10 2007 in Providence Superior Court for a sentence reduction.So I ask for this stay in good faith and pray that this honorable court grants such stay due to my request for amendment and stipulation to dismiss defendants while adding another along with his motion for counsel and motion for legal materials.

Tom Flannery

THOMAS FLANNERY-W86388
PRO SE
MCI SHIRLEY
PO BOX 1218
SHIRLEY,MA,01464

CC:JOHN MORETTA ESQ
CC:JAY ELIAS ESQ
CC:MICHAEL GRANT ESQ
CC:FILE