UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

THOMAS FLANNERY )
Plaintiff )
v. ) CIVIL ACTION NO, 06-399S
DR. BAUMEISTER et al[1] )
Defendants )

PLAINTIFF'S MOTION FOR LEAVE TO AMEND HIS COMPLAINT UNDER FED.R.CIV. 15(a) AND TO FED.R.CIV.71A(2)

The plaintiff respectfully moves this Honorable Court for leave to AMEND his complaint where this action has been placed of the calendar for a pretrial conference. See NOTICE per Document 20 dated 03-19-07 by this Court.

As reasons therefore, the plaintiff, acting pro se, admits to his not being au courant with law, nor of the civil rules pertaining to this matter. He has successfully sought assistance in the institution's law library, and with said contributions from fellow inmates qualified as law clerks, elects to amend his complaint notwithstanding the liberal construence of his original pleadings.

---

[1]also JOSEPH MAROCCO, MICHAEL PARKIS, LT. HANLEY AND LT. BARNEY

The plaintiff seeks to amend his complaint to add clarity and reason for a just resolution in this action. In brief, the amendment proposes to dismiss certain defendants, while adding another not originally named in the complaint. A stipulation for dismissal, the parties so stipulating, is the vehicle desired in this case. Further, to comport with the evidence, the plaintiff is obligated to narrow the issues complained of so as to sustain his claim.

In support of his request to amend, the plaintiff submits his amended complaint hereto, with his affidavit and legal elements relevant to the issues.

WHEREFORE, the plaintiff prays that this Court ALLOW his Amended Complaint, so that a just and reasonable resolution are found.

Respectfully submitted,

Tom Flannery

Thomas Flannery, pro se
MCI Shirley Medium
Box 1218
Shirley, MA 01464

March 23, 2007

CERTIFICATE OF SERVICE

I certify that I have served a true copy of my motion herein to defendants counsel(s): John Moretta, Esq., Ten Weybosset St., 8th Flr., Providence, RI 02903; Jay Elias, Esq., 1600 Financial Plaza, Providence, RI 02903; by courtesy to Michael Grant, Esq., 40 Howard Ave., Cranston, RI 02920, via first class mail, postage

paid, this 26th day of March 2007, by depositing same in the institution's mail drop.

Tom Flannery

Thomas Flannery, pro se

DECLARATION

I declare under penalty of perjury under the laws of the United States of Amewrica that the foregoing is true and correct.

Tom Flannery

Thomas Flannery, pro se