# AFFIDAVIT

I Thomas Flannery hereby depose and state.

1. That I was transferred from MCI Concord to the RI ACI on 1-25-06.

2. That I informed the on duty nurse that evening at my initial medical screen that I was from MCI Concord and that I belong to Ma and that I would be in RI temporarily.

3. I then told said nurse what Meds I was on and that she could get my records from Concord

4. I also told her about a documented wool allergy also on record at Concord.

5. That From 1-25-06 until 4-18-06 the day I was transferred back to Ma specifically MCI Concord I was denied all medical care prescribed to me by Ma

6. I repeatedly tried to get help and none was given.

7. I suffered severe anxiety and other medical problems as a result.

Sworn by me this 26th day of March 2007.

Tom Flannery.