District of Rhode Island
Property of U.S. District Court
APR 02 2007

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

THOMAS FLANNERY )
Plaintiff )
v. ) CIVIL ACTION NO. 06-399S
DR. BAUMEISTER et al[1] )
Defendants )

STIPULATION FOR DISMISSAL UNDER

UNDER FED. R. CIV. P. 71A(2)

Now comes the plaintiff in the above captioned action and duly proposes to a voluntary dismissal of two (2) defendants in this complaint, to wit: LIEUTENANT HANLEY and CAPTAIN OR LIEUTENANT BARNEY, both of the Rhode Island Department of Correction (RIDOC), to the extent that an unnamed defendant having answered said complaint, be now added as a defendant in their stead where A. T. WALL, Director of the RIDOC, so elects.

Respectfully,

Tom Flannery

Thomas Flannery, pro se
Box 1218
Shirley, MA 01464

March 23, 2007

[1] also JOSEPH MAROCCO, MICHAEL PARKIS, LIEUTENANT HANLEY and LIEUTENANT BARNEY.

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS FLANNERY | ) | |
| Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO. 06-399S |
| DR. BAUMEISTER et al[1] | ) | |
| Defendants | ) | |

AGREEMENT

As to a stipulated offer to dismiss defendants LIEUTENANT HANLEY and CAPTAIN OR LIEUTENANT BARNEY of the RIDOC, by the plaintiff, to the extent that A. T. WALL, Director of the RIDOC shall be added as a defendant in this civil action in their stead and where A. T. WALL answered said complaint of the plaintiff notwithstanding not being named as an original defendant herein, the defendants HANLEY and BARNEY, through counsel, agree to their dismissal herefrom.

LIEUTENANT HANLEY ______________________

CAPTAIN OR LIEUTENANT BARNEY ______________________

[1] also JOSEPH MAROCCO, MICHAEL PARKIS, LIEUTENANT HANLEY and LIEUTENANT BARNEY.

# CERTIFICATE OF SERVICE

I certify that I have served a true copy of my Stipulation for Dismissal, with return agreement, to the defendants' counsel(s): John Moretta, Esq., Ten Wybosset St., 8th Flr., Providence, RI 02903; Jay Elias, Esq., 1600 Financial Plaza, Providence, RI 02903; Michael Grant, Esq., 40 Howard Ave., Cranston, RI 02920, via first class mail, postage paid, this 26th day of March 2007, by depositing same in the institution's mail drop.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Thomas Flannery
pro se
Plaintiff
Box 1218
Shirley, MA 01464