**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS FLANNERY** | : | |
| | : | |
| **v.** | : | **C.A. No. 06-399S** |
| | : | |
| **DR. BAUMEISTER; JOSEPH MAROCCO;** | : | |
| **MICHAEL PARKIS; LT. HANLEY;** | : | |
| **LT. BARNEY, SUED IN THEIR INDIVIDUAL** | : | |
| **AND OFFICIAL CAPACITIES** | : | |

**ENTRY OF APPEARANCE**

I, Shannon L. Rand, Esquire, hereby enter my appearance on behalf of Defendant, Michael Parkis [*sic*].

Defendant, Michael Parkis [sic],
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Shannon L. Rand
______________________________
Jay M. Elias, Esquire (#3050)
Shannon L. Rand, Esquire (#6896)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]
srand@rbhelaw.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 3rd day of April, 2007, to the following:

Mr. Thomas Flannery, #W 86388
MCI Shirley
P. O. Box 1218
Shirley, MA 01464

A. T. Wall
40 Howard Avenue
Cranston, RI 02920

/s/ Shannon L. Rand

I hereby certify that on this 3rd of April, 2007, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

Michael B. Grant, Esquire
40 Howard Avenue
Cranston, RI 02920

John B. Moretta, Esquire
Roberts, Carroll, Feldstein & Peirce, Inc.
10 Weybosset Street, 8th Floor
Providence, RI 02903

/s/ Shannon L. Rand

*Entry of Appearance.SLR*