**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS FLANNERY** | : | |
| | : | |
| **v.** | : | **C.A. No. 06-399S** |
| | : | |
| **DR. BAUMEISTER; JOSEPH MAROCCO;** | : | |
| **MICHAEL PARKIS; LT. HANLEY;** | : | |
| **LT. BARNEY, SUED IN THEIR INDIVIDUAL** | : | |
| **AND OFFICIAL CAPACITIES** | : | |

**DEFENDANT MICHAEL PARKIS [*sic*]'s**
**RULE 16 CONFERENCE STATEMENT**

## I. Facts, Claims, Defenses and Issues in Dispute

On or about October 4, 2006 Plaintiff filed this action. This defendant was not served with process until on or about February 21, 2007. Plaintiff has levied claims against Michael Parkis [*sic*], [Michael Poshkus, M.D. is the Medical Director of the ACI], Dr. Baumeister, a psychiatric consultant to the ACI, and various representatives of the Department of Corrections.

The gravamen of Plaintiff=s Complaint is based upon alleged inadequacies in the provision of medical care and treatment he received while temporarily in the custody of the Adult Correctional Institution [ACI] of the Rhode Island Department of Corrections in Cranston, Rhode Island, as well as for alleged violations of his rights under the Eighth and Fourteenth Amendments to the U.S. Constitution. Plaintiff is a *pro se* litigant who claims, in essence, that he was deprived of the timely prescription of certain anti-anxiety and anti-depressant medications, Klonopin and Remeron, as well as Motrin, and he further claims to have been deprived of an alternative to the standard issue wool blanket generally provided inmates.

Mr. Flannery was an inmate at a Massachusetts correctional facility and was transferred temporarily to the Cranston, Rhode Island, correctional facility pending adjudication of offenses in the State of Rhode Island. Mr. Flannery was examined by medical and nursing personnel at the ACI.

Dr. Poshkus denies any negligence in connection with plaintiff's claims. Dr. Poshkus has asserted as his defenses a failure to state a claim upon which relief can be granted, a lack of subject matter jurisdiction, a lack of personal jurisdiction, contributory and comparative negligence, third party acts or omissions for which this defendant is neither liable nor responsible, and the defense of assumption of risk. This defendant intends to establish these affirmative defenses through the discovery process.

The plaintiff has recently filed a number of pleadings with this Court, including the following:

A Motion to Release Legal Material held by the Massachusetts Correction Institution;
A Motion to Appoint Counsel;
A Motion to Amend his Complaint to dismiss two named defendants and add another; and
A Motion to Stay the Rule 16 Conference

Based upon the information available to him at this time, Dr. Poshkus steadfastly maintains that at all times pertinent to this case, the care and treatment provided to the Mr. Flannery met the applicable standard of care; the care and treatment provided was both proper and appropriate. In addition, Dr. Poshkus vehemently contests the plaintiff's claim that there is any legal or factual predicate for findings of violations of his Constitutional rights.

Respectfully submitted by:

Defendant,
**Michael Parkis [*sic*] [Michael Poshkus]**

By his Attorneys,
RATCLIFFE BURKE HARTEN & ELIAS, LLP

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

## CERTIFICATION

I hereby certify that a true copy of the within was mailed, postage prepaid on this 4th day of April 2007, to the following:

Mr. Thomas Flannery, #W-86388
MCI Shirley
P. O. Box 1218
Shirley, MA 01464

A. T. Wall
40 Howard Avenue
Cranston, RI 02920

/s/ Jay M. Elias

I hereby certify that on this 4th day of April, 2007, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

Michael B. Grant, Esquire
40 Howard Avenue
Cranston, RI 02920

John B. Moretta, Esquire
Roberts, Carroll, Feldstein & Peirce, Inc.
10 Weybosset Street, 8th Floor
Providence, RI 02903

/s/ Jay M. Elias

*Rule 16 Conference Statement*