UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

4-5-07

THOMAS FLANNERY )
)
Plaintiff )
) CIVIL ACTION NO, 06-399S
v. )
DR.BAUMEISTER et al[1] )

MOTION FOR ORDER TO PROHIBIT PRISON AUTHORITIES FROM DESTROYING LEGAL TEXT

Now comes Thomas Flannery in the above captioned and numbered action.And ask this honorable court for an order to prevent the destruction of Legal Books deemed contraband on 2-14-07.A motion on this matter is currently awaiting adjudication in this court as I filed a motion on 3-15-07.These books were deemed contraband on 2--14-07 and since then I have exhausted all in house remedies in an attempt to get these books.As reason therefore plaintiff is restrained from properly litigating in this action as he is not aucourant with the law.And the prison will destroy these books on May 14,2007 90 days from date of first notice.

WHEREFORE,the plaintiff prays that this court ALLOW this request, in the interest of fairness and justice.

Respectfully Submitted,

Tom Flannery

Thomas Flannery,pro-se
MCI Shirley Medium
Box 1218
Shirley,MA 01464

April 5, 2007

CERTIFICATE OF SERVICE

I certify that I have served a true copy of my motion herein to defendants counsel(s);John Moretta,Esq.,Ten Weybosset St., 8th Flr Providence,RI 02903.Jay Elias Esq.,1600 Financial Plaza,Providence,RI,02903;by courtesy to Michael Grant,Esq.,40 Howard Ave Cranston,RI 02920,via first class mail,postage paid this 6th day of April 2007,by depositing same in the in the institution's mail drop.

DECLARATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Tom Flannery

Thomas Flannery,pro-se