DWC:JBM - dmh
70-71 (4/4/07)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**THOMAS FLANNERY**

**v.** **C.A. NO. 06-399S**

**DR: BAUMEISTER; JOSEPH MAROCCO; MICHAEL PARKIS; LT. HANLEY; LT. BARNEY; SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES**

**DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO APPOINT COUNSEL**

Now comes the Defendant, Dr. Bauermeister, and hereby objects to Plaintiff's Motion to Appoint Counsel. Defendant submits the accompanying Memorandum of Law in support of the motion.

DEFENDANT,
DR. BAUERMEISTER
By his attorney,

/s/ John B. Moretta

John B. Moretta #6984
ROBERTS, CARROLL, FELDSTEIN & PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000 FAX 401-521-1328
Email: jmoretta@rcfp.com

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document was mailed, postage prepaid, to the following on the ______ day of April, 2007:

Thomas Flannery, # W-86388
MCI Shirley
P.O.Box 1218
Shirley, MA 01464

/s/ John B. Moretta
____________________________

I hereby certify that on this ______day of April, 2007, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who is/are registered participant identified on the Notice of Electronic Filing:

Michael B. Grant
40 Howard Avenue
Cranston, RI 02920

Jay M. Elias, Esq.
Ratcliffe, Burke Harten & Elias, LLP
1600 Financial Plaza
Providence, Rhode Island 02903

/s/ John B. Moretta

DWC:JBM - dmh
70-71 (4/4/07)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**THOMAS FLANNERY**

**v.** **C.A. NO. 06-399S**

**DR: BAUMEISTER; JOSEPH MAROCCO; MICHAEL PARKIS; LT. HANLEY; LT. BARNEY; SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES**

**MEMORANDUM OF DEFENDANT, DR. BAUERMEISTER, IN SUPPORT OF HIS OBJECTION TO PLAINTIFF'S MOTION TO APPOINT COUNSEL**

Now comes the Defendant, Dr. Bauermeister, and hereby submits this Memorandum of Law in support of his objection to Plaintiff's Motion to Appoint Counsel. Although the Court may appoint counsel to represent a party in certain cases, this case, and the facts set forth in Plaintiff's Application for Appointment of Counsel, clearly do not meet the threshold requirements.

Pursuant to 28 U.S.C. § 1915 (d) (1988), "the court may request an attorney to represent any such person [who is otherwise] unable to employ counsel" when the litigant is proceeding in *forma pauperis*. In this case, Plaintiff is proceeding in *forma pauperis* but this fact alone does not entitle him to counsel.

It must be noted that there is "no absolute constitutional right to a free lawyer in a civil case." DesRosiers v. Moran, 949 F.2d 15, 23 (1st Cir. 1991). Rather, a litigant must demonstrate both that he was indigent and that exceptional circumstances are present such that a denial of counsel is likely to result in fundamental unfairness impinging on his due process rights. Id. (citing Childs v. Duckworth, 705 F.2d 915, 922 (7th Cir. 1983). "To

determine whether there are exceptional circumstances sufficient to warrant the appointment of counsel, a court must examine the total situation, focusing, inter alia, on the merits of the case, the complexity of the legal issues, and the litigant's ability to represent himself." Id. at 24.

In this matter, Plaintiff's application merely states that he should be appointed counsel because the case is "complex" due to the number of Defendants and the answers submitted in response to this complaint. Plaintiff, however, has been sufficiently able to file a Complaint, a Motion to Amend his Complaint, and numerous motions. Thus, it is clear that the complexity of this case does not rise to a level which would present exceptional circumstances warranting appointment of counsel.

Consequently, Defendant, Dr. Bauermeister, hereby requests that this Court deny Plaintiff's Motion and Application to Appoint Counsel.

DEFENDANT,
DR. BAUERMEISTER
By his attorney,

/s/ John B. Moretta

John B. Moretta #6984
ROBERTS, CARROLL, FELDSTEIN & PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000 FAX 401-521-1328
Email: jmoretta@rcfp.com

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document was mailed, postage prepaid, to the following on the ______ day of April, 2007:

Thomas Flannery, # W-86388
MCI Shirley
P.O.Box 1218
Shirley, MA 01464

/s/ John B. Moretta
_______________________________

I hereby certify that on this ______day of April, 2007, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who is/are registered participant identified on the Notice of Electronic Filing:

Michael B. Grant
40 Howard Avenue
Cranston, RI 02920

Jay M. Elias, Esq.
Ratcliffe, Burke Harten & Elias, LLP
1600 Financial Plaza
Providence, Rhode Island 02903

/s/ John B. Moretta