**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THOMAS FLANNERY**

**v.** **C.A. No. 06-399 S**

**DR. BAUMEISTER, et al.**

## MEMORANDUM AND ORDER

Plaintiff Thomas Flannery, *pro se*, filed a motion with the Court wherein he seeks an Order directing that the MCI Shriley Property Department, presumably a division of the Massachusetts Department of Corrections, release legal material that the plaintiff purchased from an outside distributor. Plaintiff's motion is **DENIED**. This Court does not have jurisdiction over a non-party confinement facility located in Massachusetts.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 17 Apr 07