UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS FLANNERY

v.                                                              C.A. No. 06 - 399 S

DR. BAUMEISTER, et al.

## Memorandum and Order

This matter is before the Court on the motion of the *pro se* plaintiff Thomas Flannery to Amend his Complaint pursuant to Fed. R. Civ. P. 15. Said motion is **GRANTED**. Plaintiff shall file the Amended Complaint within ten days of the date of this Order.

**IT IS SO ORDERED.**

_____
Jacob Hagopian
Senior United States Magistrate Judge
April 24, 2007