**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THOMAS FLANNERY**

**v.** **C.A. No. 06 - 399 S**

**DR. BAUMEISTER,** et al.

**Memorandum and Order**

This matter is before the Court on the motion of the *pro se* plaintiff Thomas Flannery to Amend his Complaint pursuant to Fed. R. Civ. P. 15. Said motion is **GRANTED**. Plaintiff shall file the Amended Complaint within ten days of the date of this Order.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
April ~~24~~, 2007
25