## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

**THOMAS FLANNERY**

**v.**                                                   **C.A. No. 06-399 S**

**DR. BAUMEISTER, et al.**

---

## MEMORANDUM AND ORDER

Plaintiff Thomas Flannery, *pro se*, filed a motion wherein he seeks an Order forbidding the destruction of books ordered from an unapproved distributer that have been deemed contraband by the Massachusetts correctional facility where he is confined. Plaintiff's motion is **DENIED**. This Court does not have jurisdiction over a non-party confinement facility located in Massachusetts.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: *25 April 07*