UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS FLANNERY
Plaintiff

V.

DR.BAUMEISTER et al[1]

CIVIL ACTION NO, 06-399S

MOTION TO STAY ANY APPEARANCE OF ATTORNEY
STEVEN DILIBERO WITHOUT MY CONSENT

I have recently been informed by a paralegal at my criminal a ttorneys office.ie;Dilibero & Coloian LLP out of Providence RI.Th is paralegal that goes by the name of ''Jill''.Has told me that M r.Dilibero has been to U.S. District Court and involving himself to what degree I'm not sure but it involves my civil actio CA-063 99S which im pro-se on and have a motion in for appointment of co unselat this point any involvement by Mr Dilibero should be ignor ed as I have signed nothing nor discussed any of this with him.He was hired exactly one year ago to do a sentence reduction motion in Providence Superior Court he still has not done this he then p romised he would represent me on a case in Cambride Superior Cour t in Cambridge Ma he failed to do that and I then had to borrow m ore money and hire a firm out of Boston.I'm told April,27,2007 I will be brought to Providence Superior Court for the sentence red uction but until that happens and until he fulfills his obligatio n in regards to that matter he is to be prohibited from any invo lvement in my Civil Action.I have again borrowed money anf hired another Providence Attorney should Mr. Dilibero fail me again on 4-27-07 as he has been doing for the last year.

April,12,2007

CERTIFICATE OF SERVICE

I certify that I have served a true copy of my motion herein to defendants counsel(s);John Moretta Esq Ten Weybosset Street8th Floor Providence RI 02903 Jay Elias Esq 1600 Financial Plaza Prov idence RI 02903 Michael Grant Esq 40 Howard Ave Cranston RI 02920 and to Shannon L Rand by courtesy to 1600 Financial Plaza Provide nce,RI,02903

DECLARATION

I declare under penalty of perjury under the laws of the Unit ed States of America that the foregoing is true and correct.

Thomas Flannery,pro-se

**ORDER**
**DENIED: MR. Dilibero has not entered his appearance in this matter.**

**Jacob Hagopian**
**Sr. United States Magistrate Judge**
**May 7 2007**