April 30, 2007

RECEIVED
MAY 03 2007
Property of U.S. District Court
District of Rhode Island

Box 1218
Shirley, MA 01464

United States District Court
One Exchange Terrace
Providence, RI 02903-1720

RE: C. A. No. 06-399S, **Flannery v. Baumeister et al**

~~Dear Clerk:~~

I am in receipt of your Memorandum and Order of 04-26-07 by J. Hagopian, Judge. In it, I am required to file my Amended Complaint within 10 days of the Order. Please know that I have filed the requisite Amended Complaint with my motion relative to amending, while also serving all defendants a copy thereof.

Kindly amend the Order or place my letter on file for future reference.

Thank you in advance for your usual assistance.

Very truly yours,

Tom Flannery

Thomas Flannery, pro se
MCI Shirley Medium

**ORDER**
**THE CLERK OF COURT IS HEREBY DIRECTED TO FILE THE PLAINTIFF'S PROPOSED AMENDED COMPLAINT (DCKT # 26-3) AS THE AMENDED COMPLAINT.**

**Jacob Hagopian**
**Sr. U.S. Magistrate Judge**
**May 15, 2007**