UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
PROVIDENCE, RHODE ISLAND 02903-1720

OFFICIAL BUSINESS

D2

Hasler

012H16206190
$00.41
05/23/2007
Mailed From 02903
US POSTAGE

01464$1218 B016

RCF&P

ROBERTS | CARROLL | FELDSTEIN & PEIRCE | INCORPORATED | ATTORNEYS AT LAW

TEN WEYBOSSET STREET, PROVIDENCE, RHODE ISLAND 02903-2808

UNITED STATES POSTAGE
PITNEY BOWES
02 1A $ 00.58⁰
0004365732 MAY 23 2007
MAILED FROM ZIP CODE 02903

Thomas Flannery, # W-86388
MCI Shirley
P.O.Box 1218
Shirley, MA 01464

D2

01464$1218 B016

RBHE
Ratcliffe Burke Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 000.58⁰
0002195370 MAY 23 2007
MAILED FROM ZIP CODE 02903

Mr. Thomas Flannery, #W-86388
MCI Shirley
P. O. Box 1218
Shirley, MA 01464