DWC:JBM:ssk 323127
70-71 (6.8/07)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THOMAS FLANNERY**

**vs.** **C.A. NO. 06-399S**

**DR: BAUMEISTER; JOSEPH MAROCCO; MICHAEL PARKIS; LT. HANLEY; LT. BARNEY; SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES**

**DEFENDANT, DR. BAUERMEISTER,**
**RULE 16 CONFERENCE STATEMENT**

## I. INTRODUCTION

Now comes the defendant, Dr. Bauermeister, and files this Rule 16 Conference Statement in regard to the allegations, claims and defenses in dispute in this matter. As noted in the Answer to Plaintiff's Complaint, Dr. Bauermeister is a psychiatrist providing psychiatric services to the Adult Correctional Institution in Cranston, Rhode Island.

In essence, the Plaintiff's Complaint challenges the medical care and treatment, including prescriptions of certain medications that he received during his stay at the Adult Correctional Institution in Cranston. Plaintiff's Complaint alleges that Defendants' actions violated his constitutional rights in this matter.

## II. OVERVIEW

As noted in Plaintiff's Complaint, Plaintiff was transferred to the ACI in Cranston, Rhode Island in January, 2006. He remained at the ACI for approximately four months up until his transfer to Massachusetts. While Dr. Bauermeister did see the patient during his confinement at the ACI and did prescribe certain medications, he denies that any of his conduct amounted to negligence or conduct sufficient to violate Plaintiff's constitutional rights. In fact,

the care and treatment Dr. Bauermeister provided to plaintiff was, at all times, in accord with the accepted standards of medical treatment.

While Dr. Bauermeister intends to support his affirmative defenses with information gathered throughout the discovery process, discovery has not yet commenced and it is Dr. Bauermeister's intent to gather information to support these defenses as discovery proceeds. Dr. Bauermeister is confident that this Court and/or a jury will determine that Plaintiff's claims are without any legal or factual foundation and that none of Dr. Bauermeister's actions violated Plaintiff's constitutional rights.

DEFENDANT,
DR. BAUERMEISTER
By his attorney,

/s/ John B. Moretta

John B. Moretta #6984
ROBERTS, CARROLL, FELDSTEIN & PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000 FAX 401-521-1328
Email: jmoretta@rcfp.com

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document was mailed, postage prepaid, to the following on June 11, 2007:

Thomas Flannery, # W-86388
MCI Shirley
P.O.Box 1218
Shirley, MA 01464

/s/ John B. Moretta

I hereby certify that on this 11th day of June, 2007, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who is/are registered participant identified on the Notice of Electronic Filing:

Michael B. Grant
40 Howard Avenue
Cranston, RI 02920

Jay M. Elias, Esq.
Ratcliffe, Burke Harten & Elias, LLP
1600 Financial Plaza
Providence, Rhode Island 02903

/s/ John B. Moretta
_______________________________