**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THOMAS FLANNERY**

**v.** **C.A. No. 06-399S**

**A.T. WALL in his**
**official capacity as Director of the Department**
**of Corrections, ET AL**

## ANSWER

Now come Defendants, A.T. WALL, in his official capacity as Director of the Department of Corrections, and JOSEPH R. MAROCCO and hereby answer the Amended Complaint of Plaintiff, Thomas Flannery, as follows:

## JURISDICTION

This Paragraph is jurisdictional in nature and no responsive pleading is required; if deemed required, the allegations in this Paragraph are denied and Plaintiff is left to his proof thereof.

## PARTIES

1. Admitted.
2. Admitted.
3. Admitted.
4. Denied.
5. Admitted
6. This Paragraph is jurisdictional in nature and no responsive pleading is required; if deemed required, the allegations in this Paragraph are denied and Plaintiff is left to his proof thereof.

## CLAIM

7. Denied.
8. Denied.
9. Denied.
10. This Paragraph is jurisdictional in nature and no responsive pleading is required; if deemed required, the allegations in this Paragraph are denied and Plaintiff is left to his proof thereof.
11. This Paragraph is jurisdictional in nature and no responsive pleading is required; if deemed required, the allegations in this Paragraph are denied and Plaintiff is left to his proof thereof.
12. Admitted.
13. Denied.
14. Denied.
15. This Paragraph does not pertain to the answering Defendants and no responsive pleading is required thereto; if deemed required, Defendants deny the allegation of this Paragraph and leave Plaintiff to his proof thereof.

16. Defendants are without sufficient information as to the truth or falsity of this allegation and leave Plaintiff to his proof.

17. Defendants are without sufficient information as to the truth or falsity of this allegation and leave Plaintiff to his proof.

18. Defendants are without sufficient information as to the truth or falsity of this allegation and leave Plaintiff to his proof.
19. Defendants are without sufficient information as to the truth or falsity of this allegation and leave Plaintiff to his proof.
20. Defendants are without sufficient information as to the truth or falsity of this allegation and leave Plaintiff to his proof.
21. Defendants are without sufficient information as to the truth or falsity of this allegation and leave Plaintiff to his proof.
22. Defendants are without sufficient information as to the truth or falsity of this allegation and leave Plaintiff to his proof.
23. Defendants are without sufficient information as to the truth or falsity of this allegation and leave Plaintiff to his proof.
24. Defendants are without sufficient information as to the truth or falsity of this allegation and leave Plaintiff to his proof.
25. Admitted as to the portion of this allegation that concerns Plaintiff's isolation placement, disciplinary infractions and return to Massachusetts; Defendants deny all remaining allegations contained therein.

## AFFIRMATIVE DEFENSES

1. The complaint fails to state a cause of action.
2. Defendants plead immunity based on their positions with state government.
3. Plaintiff failed to mitigate damages.
4. Defendants acted in good faith and have qualified immunity.
5. Defendants plead the doctrine of discretionary immunity.

6. Defendants plead immunity under the Eleventh Amendment of the Constitution.

7. Plaintiff failed to exhaust her administrative remedies.

8. Defendants' conduct was not the legal cause of damages to plaintiff, if there are any.

9. Defendant A. T. Wall, to the extent that he is sued in his official capacity as Director of the Rhode Island Department of Corrections has the benefit of his status as sovereign, together with all privileges and immunities which inure to said status; Defendant Joseph Marocco, to the to the extent that he is sued in his official capacity as Associate Director of Health Care Services of the Rhode Island Department of Corrections both having the benefit of their status as sovereigns, together with all privileges and immunities which inure to said status.

**Defendants hereby demand a trial by jury on all counts so triable.**

Respectfully submitted,

DEFENDANTS
By their Attorney,

/S/ Michael B. Grant

______________________________

Michael B. Grant, Bar No. 3864
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of this Answer, first class mail, postage pre-paid, on this 12th day of June, 2007 to those indicated below:

/S/ Michael B. Grant

______________________________

Thomas Flannery, #W-86388
MCI Shirley
P.O. Box 1218
Shirley, MA 01464

Jay M. Elias, Esq.
1600 Financial Plaza
Providence, RI 02903

John B. Moretta, Esq.
Roberts, Carroll, Feldstein & Pierce, Inc.
10 Weybosset Street, 8th Floor
Providence, RI 02903