Case 1:06-cv-00399-S-JH Document 43-1 Filed 05/29/2007 Page 1 of 2

May 25, 2007

Box 1218
Shirley, MA 01464

United States District Court
One Exchange Terrace
Providence, RI 02903

RE: Case No. 1:06cv399, **Flannery v. Baumeister et al**

Dear Clerk:

Begining yesterday, May 24th, I received answers to my civil action captioned in the above from defendants' counsel. While all defendants are not yet complete, I am positive that said answers will be in the appropriate period.

Problematic to this matter is that both counsel and the Court do **not** clearly mark their mailings "Privileged Mail - Open only in the presence of addressee," or the commonly used phrase of "Legal Mail." Therefore, my incoming mail of a legal nature is opened, examined and delivered to the block via a third party. Often, a fourth party, or staff, simply deposit the mail under the cell door. It is not always obvious to me that the mail is there, as I may not be in my cell at the time. To demonstrate the inadequacy of the mailing, I offer the examples of two attorneys and the Court, as that which is not proper legal mail.

Respectfully, I ask that you recharacterize this letter as a motion to compel proper legal mail by all parties in this action, so that I shall receive same without interference or interruption.

My respects to all defendants, their counsel, and to this Court.

Very truly yours, Tom Fl

Thomas Flannery, pro se
MCI Shirley Medium

Encl./3

**ORDER**

**Denied. The parties shall proceed as they would in any other litigation. No prejudice has been shown by the plaintiff.**

**Jacob Hagopian**
**Sr. U.S. Magistrate Judge**
19 June 07