UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS FLANNERY | ) | |
| Plaintiff | ) | |
| v. | ) | C. A. No. 06-399S |
| DR. BAUMEISTER et al[1] | ) | |
| Defendants | ) | |

FED. R. CIV. P. 16 CONFERENCE STATEMENT

The plaintiff respectfully submits his Rule 16 statement relative to his complaint for relief, which claims include a Civil Rights violation under 42 U.S.C. § 1983 and an 8th Amendment to the United States Constitution abridgement for cruel and unusual treatment while in the custody of defendants and their subordinates.

An Amended Complaint was allowed by this Court (Hagopian, MJ), which stipulated the dismissal of HANLEY and BARNEY and inclusion of their superior, WALL, the latter submitting an Answer to the initial complaint unsolicited and whose knowledge of the facts in this matter are evident in said Answer.

---

[1] also MAROCCO, POSHKUS and WALL

A valid cause of action issued in the plaintiff's Complaint when defendants, acting in concert with each other, or otherwise, violated his expectation to be safe and secure and medically provided for when arriving in their custody. Further, defendants knew, or should have known that this actions or inactions were violative of plaintiff's rights guaranteed by law where they are expected to be au courant with law. See Amended Complaint, ¶¶ 12 through 25, FACTS.

The plaintiff shall make every attempt in the discovery phase of this matter to both clarify and simplify his claims in connection with established law, while exercising judicial and institutional economy in the process. Further, defendants' defenses are allegedly specious, their conduct elitist, if not uncooperative, when judging circumstances and events to this date. Therefore, the plaintiff looks forward to a complete and fairly-litigated case by their respective counsel.

Another request by plaintiff to resolve this matter, whether by the Massachusetts Rule (LR 7.1(a)(2), et seq.), or in his response to this Pretrial ORDER, is in keeping with judicial and institutional economy stated in the preceding paragraph.

Respectfully submitted,

Tom Flannery

Thomas Flannery, pro se

July 1, 2007

# CERTIFICATE OF SERVICE

I certify that I have served a true copy of my Rule 16 Statement to defendants' counsel:

Jay Elias, Esq.

John Moretta, Esq.

Michael Grant, Esq.

on this 2nd day of July 2007, via first class mail, postage-paid, by depositing same in the institution's mail drop.

Tom Flannery

Thomas Flannery
pro se
Box 1218
Shirley, MA 01464