JBM:ssk - 325377
70-71 (7/9/07)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THOMAS FLANNERY**

**vs.** **C.A. NO. 06-399S**

**DR: BAUMEISTER; JOSEPH MAROCCO; MICHAEL PARKIS; LT. HANLEY; LT. BARNEY; SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES**

**JOINT MOTION OF THE DEFENDANTS, DR. BAUERMEISTER AND MICHAEL POSHKUS, M.D., TO TAKE THE DEPOSITION OF PLAINTIFF, THOMAS FLANNERY, PURSUANT TO F.R.C.P. 30(a)(2)**

Now come Defendants, Dr. Bauermeister and Michael Poshkus, M.D. (hereinafter "Defendants") and hereby file this motion pursuant to F.R.C.P. 30(a)(2) and request leave of this Honorable Court to take the deposition of the Plaintiff, Thomas Flannery (hereinafter "Plaintiff"), in this matter. As this Court is aware, Plaintiff is presently confined in MCI-Shirley in Shirley, Massachusetts. Thus, pursuant to Rule 30(a) (2), Defendants must obtain leave of court prior to noticing the deposition.

While, pursuant to a Scheduling Order entered on June 12, 2007, fact discovery is set to close on July 12, 2007, Plaintiff has not yet provided responses to the discovery requests propounded by the Defendants. While Defendants anticipate the responses will be forthcoming within the week pursuant to the timelines set forth in the F.R.C.P., it is critical that Defendants be in possession of such information prior to the deposition. Thus, and in order to conduct a productive and informed deposition, Defendants request that counsel be permitted to take Plaintiff's deposition on a date agreeable to all parties subsequent to July 12, 2007.

For the foregoing reasons, Defendants Dr. Bauermeister and Michael Poshkus jointly request that this motion be granted pursuant to Rule 30(a)(2).

DEFENDANT,
DR. BAUERMEISTER
By his attorney,

/s/ John B. Moretta

John B. Moretta #6984
ROBERTS, CARROLL, FELDSTEIN
& PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000 FAX 401-521-1328
Email: jmoretta@rcfp.com

DEFENDANT,
MICHAEL POSHKUS, M.D.
By his attorney,

/s/ Jay M. Elias

Jay M. Elias #3050
RATCLIFFE, BURKE,
HARTEN & ELIAS, LLP
1600 Financial Plaza
Providence, RI 02903
(401) 331-3400
(401) 331-3440 (Fax)

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document was mailed, postage prepaid, to the following on July 9, 2007:

Thomas Flannery, # W-86388
MCI Shirley
P.O.Box 1218
Shirley, MA 01464

/s/ John B. Moretta

I hereby certify that on this 9th day of July, 2007, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who is/are registered participant identified on the Notice of Electronic Filing:

Michael B. Grant, Esq.
40 Howard Avenue
Cranston, RI 02920

Jay M. Elias, Esq.
Ratcliffe, Burke Harten & Elias, LLP
1600 Financial Plaza
Providence, Rhode Island 02903

/s/ John B. Moretta