JBM:ssk - 325377
70-71 (7/9/07)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS FLANNERY

vs. C.A. NO. 06-399S

DR: BAUMEISTER; JOSEPH MAROCCO; MICHAEL PARKIS; LT. HANLEY; LT. BARNEY; SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES

**JOINT MOTION OF THE DEFENDANTS, DR. BAUERMEISTER AND MICHAEL POSHKUS, M.D., TO TAKE THE DEPOSITION OF PLAINTIFF, THOMAS FLANNERY, PURSUANT TO F.R.C.P. 30(a)(2)**

Now come Defendants, Dr. Bauermeister and Michael Poshkus, M.D. (hereinafter "Defendants") and hereby file this motion pursuant to F.R.C.P. 30(a)(2) and request leave of this Honorable Court to take the deposition of the Plaintiff, Thomas Flannery (hereinafter "Plaintiff"), in this matter. As this Court is aware, Plaintiff is presently confined in MCI-Shirley in Shirley, Massachusetts. Thus, pursuant to Rule 30(a) (2), Defendants must obtain leave of court prior to noticing the deposition.

While, pursuant to a Scheduling Order entered on June 12, 2007, fact discovery is set to close on July 12, 2007, Plaintiff has not yet provided responses to the discovery requests propounded by the Defendants. While Defendants anticipate the responses will be forthcoming within the week pursuant to the timelines set forth in the F.R.C.P., it is critical that Defendants be in possession of such information prior to the deposition. Thus, and in order to conduct a productive and informed deposition, Defendants request that counsel be permitted to take Plaintiff's deposition on a date agreeable to all parties subsequent to July 12, 2007.

For the foregoing reasons, Defendants Dr. Bauermeister and Michael Poshkus jointly request that this motion be granted pursuant to Rule 30(a)(2).

ORDER
GRANTED.

[signature]

Jacob Hagopian, Sr. U.S.M.J.
July 23 2007