UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS FLANNERY | ) | |
| Plaintiff | ) | |
| v. | ) | C. A. No. 06-399S |
| DR. BAUMEISTER et al | ) | |
| Defendants | ) | |

MOTION FOR AN ENLARGEMENT OF TIME

The plaintiff respectfully moves this Court for an enlargement of time in the above captioned action not to exceed sixty (60) days in toto, for good cause pursuant to Fed. R. Civ. P. 6(b).

As reason therefore, the plaintiff is an incarcerated, pro se litigant in the Commonwealth of Massachusetts, without financial resources to retain proper counsel and proceeding in forma pauperis, while barely maintaing a tracking order set by the magistrate for pleadings thought to be too difficult, which difficulties are presented in the method and type of defenses of defendants. See, i.e., Plaintiff's Motion For Findings of July 28, 2007.

Further, the plaintiff is in receipt of defendants BAUMEISTER and POSHKUS' ex parte communication to Justice William Smith of this Court, which requests a summary judgement conference prior to the filing of same. Plaintiff is opposed on the ground that he is disadvantaged by said telephone conference prior to the filing of the deadline for dispositive motion on August 2, 2007.

where he is severly limited to access the law library here at MCI Shirley Medium and barely able to keep the fast and furious pace of this matter set by the magistrate. Here too, neither institutional or judicial economy is considered, which telephonic conference provides an additional burden for prison officials. An enlargement of time for the full sixty (60) days shall cure this issue, too. Plaintiff, having just received defendants WALL and MAROCCO's motion to dismiss under Fed. R. Civ. P. 12(b)(6), shall timely file his opposition, a time that is expected to consume the majority of time allocated for inmates in the law library where the plaintiff is allowed the maximum time to include weekends, until December only.

WHEREFORE, the plaintiff prays that this Court GRANT him the sixty (60) days enlarging the time in this matter, for all the reasons stated in the preceding.

Respectfully submitted,

Tom Flannery

Thomas Flannery, pro se
Box 1218
Shirley, MA 01464

July 28, 2007

# CERTIFICATE OF SERVICE

I certify that I have served a true copy of my motions: (1) Motion For Findings and (2) Motion for An Enlargement of Time, to defendants's counsel: Michael Grant, Esq.; Jay Elias, Esq.; John Moretta, Esq., via first class mail, postage-paid, this 29th day of July 2007, by depositing same in the institution's mail drop.

Thomas Flannery
pro se
Box 1218
Shirley, MA 01464