UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS FLANNERY | ) | |
| Plaintiff | ) | |
| v. | ) | C. A. No. 06-399S |
| DR. BAUMEISTER et al | ) | |
| Defendants | ) | |

PLAINTIFF'S MOTION FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW RELATIVE TO AN ALLOWANCE OF DEFENDANTS' JOINT MOTION TO DEPOSE THE PLAINTIFF

The plaintiff moves this Court to find the facts and the conclusions of law when denying his opposition to be deposed pursuant to Fed. R. Civ. P. 52(a)(b)(c).

As reason therefore and as the plaintiff explained in his timely opposition, he is appreciably harmed by the Court's granting of said deposition where the moving parties annoy, embarrass and oppress him. Plaintiff is subjected to an undue burden to duly provide the setting to depose defendants should that be possible as an incarcerated and pro se litigant, the least of which would be an expense not expected to be allowed by this Court. Plaintiff has consistantly stated the need for judicial and institutional economy, but has been ignored by all partioes. Therefore, the plaintiff is entitled to a protective order for good cause. See, i.e., **Alexander v. F. B. I.,** 186 F.R.D. 54, 60, 71 (D.D.C. 1998).

Further, the plaintiff has absolutely provided all responses by defendants for interrogatories and production of documents, but that defendants have not. Plaintiff requests, without a waiver of his objection and opposition, that this Court stay these proceedings untill all discovery is completed by the defendants at the very least.

The defendants have unleashed the expected tactic of preoccupying plaintiff with vexatious litigation where their financial armada is so equipped for such a scheme. It is anticipated that sooner, not later, requests by defendants shall include motions to dismiss and for summary judgement. The plaintiff is expectant and prays thet this Court, in their rush to finalize this litigation, take into consideration enlargements of time by plaintiff. Is it, after all, more difficult to litigate while incarcerated, not au courant with law (but capable), as well as having to contend with the rigors of prison life.

WHEREFORE, the plaintiff prays that this Court provide the findings requested, while staying these proceedings until the completition of discovery by defendants.

Respectfully submitted,

Thomas Flannery, pro se
Box 1218
Shirley, MA 01464

July 28, 2007

# CERTIFICATE OF SERVICE

I certify that I have served a true copy of my motions: (1) Motion For Findings and (2) Motion for An Enlargement of Time, to defendants's counsel: Michael Grant, Esq.; Jay Elias, Esq.; John Moretta, Esq., via first class mail, postage-paid, this 29th day of July 2007, by depositing same in the institution's mail drop.

Thomas Flannery
pro se
Box 1218
Shirley, MA 01464