**R.I. D.O.C**

**HEALTH CARE SERVICES**

# PROBLEM LIST

| | Result/ Date | Result/ Date | Result/ Date | Result/ Date | Result/ Date |
|---|---|---|---|---|---|
| [illegible]R | | | | | |
| PPD | Ø mm 11·16·01 | Ø mm 12.31.02 | Ø mm 3·15·04 | Ø mm 11·21·0[illegible] | Ø mm 1/27/06 |
| Tetanus | | | | | |
| Influenza Immunization | | | | | |
| | | | | | |
| Physical Exam | | | | | |

To Be Initated with Admission Physical Examination

**NAME** Flannery, Thomas

**D.O.B.** 2·8·75

**ALLERGIES:**

| PROB # | DATE INDENT | CHRONIC PROBLEMS / DIAGNOSIS (I.E. ASHD COPD, HTN CA (SITE) SEIZURES, PSYCH, AMPUTATIONS, BLIND, DEAF, HEP, RENAL, ETC.) | PHYSICIAN SIGNATURE/TITLE | DATE INACTIVE |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

| PROB LTR | TEMPORARY PROBLEMS / DIAGNOSIS (I.E. INFECTIONS FRACTURES WOUNDS ETC.) | DATES OF OCCURRENCE / PHYSICIAN INITIALS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE | INIT | DATE | INIT | DATE | INIT | DATE | INIT | DATE | INIT |
| A | | | | | | | | | | | |
| B | | | | | | | | | | | |
| C | | | | | | | | | | | |
| D | | | | | | | | | | | |
| E | | | | | | | | | | | |
| F | | | | | | | | | | | |
| G | | | | | | | | | | | |
| H | | | | | | | | | | | |
| I | | | | | | | | | | | |
| J | | | | | | | | | | | |
| K | | | | | | | | | | | |
| L | | | | | | | | | | | |
| M | | | | | | | | | | | |
| N | | | | | | | | | | | |
| O | | | | | | | | | | | |
| P | | | | | | | | | | | |
| Q | | | | | | | | | | | |

**PROGRESS NOTE REQUIRED FOR EACH ENTRY**

R.I. Department of Corrections
Health Service Administration
**Medical Entrance Screen – Men's Facility**

**NAME** Flannery, Thomas
**DOB** 2-8-75 **ID#** ____________
**Date** 1-25-06 **Time** ________ **am/pm**

**Testing:**
RPR (R) HIV 3396025

TB (R) Deferred___ Reason: + in past
Last PPD <3 months

If deferred, when and where last CXR ________

Have you received tx w/INH & B6___________
By Whom_______________Duration________

**ALLERGIES:** NKA

Vital Signs:
T______ P 66 BP 130/72
R 18 Ht 5'8" Wt 210

OBSERVATIONS:

| **Appearance, behavior & conduct:** | Yes | No | Comments |
|---|---|---|---|
| Alert & oriented to person, place and time | [✓] | [ ] | |
| Cooperative | [✓] | [ ] | |

| **Do you observe:** | Yes | No | Comments |
|---|---|---|---|
| 1. Recent trauma? | [ ] | [✓] | |
| 2. Lacerations, contusions, abrasions | [ ] | [✓] | |
| 3. Self-injurious behavior? | [ ] | [✓] | |
| 4. Signs of Depression? | [ ] | [✓] | |
| 5. Excessive Anxiety? | [ ] | [✓] | |
| 6. Signs of Mania? | [ ] | [✓] | |
| 7. Alcohol/Chemical influence? | [ ] | [✓] | |
| 8. Alcohol/drug withdrawal? | [ ] | [✓] | |
| 9. Tremors or sweating? | [ ] | [✓] | |
| 10. Acute illness? | [ ] | [✓] | |
| 11. Visible body deformities? | [ ] | [✓] | |
| 12. Difficulty of movement? | [ ] | [✓] | |
| 13. Persistent cough or lethargy? | [ ] | [✓] | |
| 14. Skin problems? | [ ] | [✓] | |
| 15. Lice/scabies? | [ ] | [✓] | |
| 16. Tattoos/Scars? | [✓] | [ ] | 1 tattoo (R) shoulder scar |
| 17. Jaundice? | [ ] | [✓] | |
| 18. Needle Marks? | [ ] | [✓] | |

**Current medications:**
Klonopin 0.5 mg BID
Remeron 60 mg q. HS
Motrin 800 mg

Pharmacy Mass DOC

Prescribing Physician______________

Last Hospitalization 2 yrs ago
Health Insurance ?
Policy# ____________________

Last Physical Exam 2 months ago
Person to Notify ∅
Address ____________________
Phone Number ____________________

## Medical Inquiry

| Suffer from: | Yes | No | Comments |
|---|---|---|---|
| **I: Medical** | | | |
| a) Tuberculosis | [ ] | [/] | |
| b) Chronic cough | [ ] | [/] | |
| c) Asthma | [ ] | [/] | Inhaler- |
| d) Blood in sputum | [ ] | [/] | |
| e) Lethargy or weakness | [ ] | [/] | |
| f) Weight loss | [ ] | [/] | |
| g) Loss of appetite | [ ] | [/] | |
| h) Fever | [ ] | [/] | |
| i) Night sweats | [ ] | [/] | |
| j) Hepatitis | [ ] | [/] | |
| k) Heart condition | [ ] | [/] | |
| l) Diabetes | [ ] | [/] | Insulin - |
| m) Seizures | [ ] | [/] | Date/Last Sz |
| n) Bleeding disorder | [ ] | [/] | |
| o) Head injury | [ ] | [/] | |
| p) Loss of consciousness | [ ] | [/] | |
| q) Frequency headaches | [ ] | [/] | |
| r) Blood transfusions | [ ] | [/] | |
| **II. Mental Health** | | | |
| a) Hx of MH treatment | [/] | [ ] | MCI Concord |
| b) Hx of MH hospitalizations | [ ] | [/] | |
| c) Hx of prior suicide attempts | [ ] | [/] | |
| a. If yes, dates and means | | | |
| d) Currently self-injurious risk | [ ] | [/] | |
| e) Drug or alcohol abuse | [/] | [ ] | Sniffs Cocaine |
| f) IV drug use | [ ] | [/] | |
| g) Methadone | [ ] | [/] | Clinic - |
| **III. Sexually Transmitted Diseases** | | | |
| a) STDs | [ ] | [/] | Treated - |
| b) HIV+ | [ ] | [/] | |
| c) Increased risk for HIV/STD | [ ] | [/] | |
| **IV. Dental** | | | |
| a) Painful dental condition | [ ] | [/] | |
| b) Last dental exam | [ ] | [/] | |

---

**Disposition:**

[ ] General population with referral to MD
[/] General population with referral to:
Mental Health ✓____ Psychiatry ✓____
[ ] Infirmary ward

[ ] CMS [ ] Psych Obs
[ ] Isolation
[ ] General population

[signature] LPN
Signature of Nurse/Interviewer
Rev: 5/98; 4/99, 7/00, 8/03

# RI Department of Corrections
# INITIAL SUICIDE ASSESSMENT
# COMMITTING STAFF SCREEN

INMATE: Flannery Thomas DOB: 2-3-75 ID#: (if known)________

C/O Moe — Committing Officer | 1-25-06 — Date | 1200 — Time

1. Do you feel there is nothing to look forward to in the immediate future? ____ Yes X No
2. Have you ever been, or are you now, being treated for any mental health or emotional problems? X Yes ____ No
3. Have you ever thought about hurting yourself? ____ Yes X No
4. Have you recently experienced a significant loss (job, relationship, death of someone close, etc.)? ____ Yes X No
5. Has a family member/close friend ever attempted or completed suicide? ____ Yes X No
6. Have you ever attempted to hurt yourself? ____ Yes X No

**ACTION: If an offender answers YES to questions 1- 6, SPEAK TO A NURSE AT THE DISPENSARY**

7. Are you thinking of killing yourself? ____ Yes X No

**IF AN OFFENDER ANSWERS YES TO QUESTION 7, KEEP THIS INMATE UNDER CLOSE SUPERVISION UNTIL INSTRUCTED OTHERWISE BY NURSING OR MENTAL HEALTH SERVICES. WHEN SPEAKING WITH NURSE, REQUEST THE NURSE NOTIFY MENTAL HEALTH CLINICIAN ON DUTY (Time: ______)**

Tom [signature]

**DOCUMENTATION OF RESPONSE:**

Notification to Nursing: ____ No ____ Yes (If yes, Time: ______)

NAME of Person Notified: ____________________

Form given to nursing for use in Receiving Screening ____________ Nurse Signature ________ Date/Time

Form to be filed in inmate medical record (Section one)
New: Jan04

R.I. Department of Corrections
Health Service Administration
**Medical Entrance Screen – Men's Facility**

NAME Flannery, Thomas
DOB 2/8/75 ID# ______
DEC 27 2004 Date Time 5 am/pm

**Testing:**
RPR ✓ HIV 533 3122
TB ✓ Deferred ___ Reason: + in past
Last PPD <3 months
If deferred, when and where last CXR ______ Ø
Have you received tx w/INH & B6 ______
By Whom ______ Duration ______

**ALLERGIES:** NKDA

Vital Signs:
T ______ P 80 BP 122/84
R ______ Ht 5'8" Wt 156

OBSERVATIONS:

| **Appearance, behavior & conduct:** | Yes | No | Comments |
|---|---|---|---|
| Alert & oriented to person, place and time | [X] | [ ] | |
| Cooperative | [X] | [ ] | |

| **Do you observe:** | Yes | No | Comments |
|---|---|---|---|
| 1. Recent trauma? | [ ] | [X] | |
| 2. Lacerations, contusions, abrasions | [ ] | [X] | |
| 3. Self-injurious behavior? | [ ] | [X] | |
| 4. Signs of Depression? | [ ] | [X] | |
| 5. Excessive Anxiety? | [ ] | [X] | |
| 6. Signs of Mania? | [ ] | [X] | |
| 7. Alcohol/Chemical influence? | [ ] | [X] | |
| 8. Alcohol/drug withdrawal? | [ ] | [X] | |
| 9. Tremors or sweating? | [ ] | [X] | |
| 10. Acute illness? | [ ] | [X] | |
| 11. Visible body deformities? | [ ] | [X] | |
| 12. Difficulty of movement? | [ ] | [X] | |
| 13. Persistent cough or lethargy? | [ ] | [X] | |
| 14. Skin problems? | [ ] | [X] | |
| 15. Lice/scabies? | [ ] | [X] | |
| 16. Tattoos/Scars? | [ ] | [X] | |
| 17. Jaundice? | [ ] | [X] | |
| 18. Needle Marks? | [ ] | [X] | |

**Current medications:**
Ø

Pharmacy ______

Prescribing Physician ______

Last Hospitalization Ø
Health Insurance ______
Policy# ______

Last Physical Exam Ø
Person to Notify G.F. Debbie
Address ______
Phone Number 247-0666

'03 (R) Rotator cuff injury / 9/04 ? Disk injury

# Medical Inquiry

Suffer from:

| | | Yes | No | Comments |
|---|---|---|---|---|
| **I: Medical** | | | | |
| a) | Tuberculosis | [ ] | [X] | |
| b) | Chronic cough | [ ] | [X] | |
| c) | Asthma | [ ] | [X] | Inhaler- |
| d) | Blood in sputum | [ ] | [X] | |
| e) | Lethargy or weakness | [ ] | [X] | |
| f) | Weight loss | [ ] | [X] | |
| g) | Loss of appetite | [ ] | [X] | |
| h) | Fever | [ ] | [X] | |
| i) | Night sweats | [ ] | [X] | |
| j) | Hepatitis | [ ] | [X] | |
| k) | Heart condition | [X] | [ ] | Murmur - asymptomatic |
| l) | Diabetes | [ ] | [X] | Insulin - |
| m) | Seizures | [ ] | [X] | Date/Last Sz |
| n) | Bleeding disorder | [ ] | [X] | |
| o) | Head injury | [ ] | [X] | |
| p) | Loss of consciousness | [ ] | [X] | |
| q) | Frequency headaches | [ ] | [X] | |
| r) | Blood transfusions | [ ] | [X] | |
| **II. Mental Health** | | | | |
| a) | Hx of MH treatment | [X] | [ ] | Anxiety (childhood) |
| b) | Hx of MH hospitalizations | [ ] | [X] | |
| c) | Hx of prior suicide attempts | [X] | [ ] | childhood - cut wrist |
| | a. If yes, dates and means | | | |
| d) | Currently self-injurious risk | [ ] | [X] | |
| e) | Drug or alcohol abuse | [X] | [ ] | occ. cocaine |
| f) | IV drug use | [ ] | [X] | |
| g) | Methadone | [ ] | [X] | Clinic - |
| **III. Sexually Transmitted Diseases** | | | | |
| a) | STDs | [ ] | [X] | Treated - |
| b) | HIV+ | [ ] | [X] | |
| c) | Increased risk for HIV/STD | [ ] | [X] | |
| **IV. Dental** | | | | |
| a) | Painful dental condition | [ ] | [X] | |
| b) | Last dental exam | [ ] | [X] | |

**Disposition:**

[ ] General population with referral to MD
[X] General population with referral to:
Mental Health ✓ Psychiatry_____
[ ] Infirmary ward

[ ] CMS [ ] Psych Obs
[ ] Isolation
[ ] General population

D. [signature]

Signature of Nurse/Interviewer

Rev: 5/98; 4/99, 7/00, 8/03

R.I. Department of Corrections
Health Service Administration
**Medical Entrance Screen – Men's Facility**

NAME Flannery, Thomas
DOB 2/8/75 ID# 521307
Date 11/19/04 Time 9 30 am/pm

**Testing:**
RPR UTO HIV 3350646

TB L Deferred___ Reason: + in past
Last PPD <3 months

If deferred, when and where last CXR ________

Have you received tx w/INH & B6 ∅
By Whom________________ Duration________

**ALLERGIES:** ∅

Vital Signs:
T_______ P 82 BP 144/86
R _______ Ht 5' 8 Wt 158

---

OBSERVATIONS:

| **Appearance, behavior & conduct:** | Yes | No | Comments |
|---|---|---|---|
| Alert & oriented to person, place and time | [ ] | [ ] | |
| Cooperative | [ ] | [ ] | |

| **Do you observe:** | Yes | No | Comments |
|---|---|---|---|
| 1. Recent trauma? | [ ] | [ ] | |
| 2. Lacerations, contusions, abrasions | [ ] | [ ] | |
| 3. Self-injurious behavior? | [ ] | [ ] | |
| 4. Signs of Depression? | [ ] | [ ] | |
| 5. Excessive Anxiety? | [ ] | [ ] | |
| 6. Signs of Mania? | [ ] | [ ] | |
| 7. Alcohol/Chemical influence? | [ ] | [ ] | |
| 8. Alcohol/drug withdrawal? | [ ] | [ ] | |
| 9. Tremors or sweating? | [ ] | [ ] | |
| 10. Acute illness? | [ ] | [ ] | |
| 11. Visible body deformities? | [ ] | [ ] | |
| 12. Difficulty of movement? | [+] | [ ] | MVA 2 mo ago |
| 13. Persistent cough or lethargy? | [ ] | [ ] | Suffolk County |
| 14. Skin problems? | [ ] | [ ] | |
| 15. Lice/scabies? | [ ] | [ ] | |
| 16. Tattoos/Scars? | [+] | [ ] | gunshot in back |
| 17. Jaundice? | [ ] | [ ] | |
| 18. Needle Marks? | [ ] | [ ] | |

**Current medications:**

∅

RB RN
11/23/04

Pharmacy ________________

Prescribing Physician ________________

---

Last Hospitalization 2 mo
Health Insurance ________ ↓
Policy# ________
MVA

Last Physical Exam 6 mo
Person to Notify Susan sister
Address ________________
Phone Number 323-655-2394
Calif

## Medical Inquiry

| Suffer from: | | Yes | No | Comments |
|---|---|---|---|---|
| **I: Medical** | | | | |
| a) | Tuberculosis | [ ] | [ ] | |
| b) | Chronic cough | [ ] | [ ] | |
| c) | Asthma | [ ] | [ ] | Inhaler- |
| d) | Blood in sputum | [ ] | [ ] | |
| e) | Lethargy or weakness | [ ] | [ ] | |
| f) | Weight loss | [ ] | [ ] | |
| g) | Loss of appetite | [ ] | [ ] | |
| h) | Fever | [ ] | [ ] | |
| i) | Night sweats | [ ] | [ ] | |
| j) | Hepatitis | [ ] | [ ] | |
| k) | Heart condition | [X] | [ ] | heart murmur asymptomatic |
| l) | Diabetes | [ ] | [ ] | Insulin - |
| m) | Seizures | [ ] | [ ] | Date/Last Sz |
| n) | Bleeding disorder | [ ] | [ ] | |
| o) | Head injury | [ ] | [ ] | |
| p) | Loss of consciousness | [ ] | [ ] | |
| q) | Frequency headaches | [X] | [ ] | Migraines (used Elavil) |
| r) | Blood transfusions | [ ] | [ ] | |
| **II. Mental Health** | | | | |
| a) | Hx of MH treatment | [X] | [ ] | anxiety (Valium/Xanax) 2 yrs ago. |
| b) | Hx of MH hospitalizations | [X] | [ ] | California yrs ago. |
| c) | Hx of prior suicide attempts | [ ] | [X] | (file on record DOC) |
| | a. If yes, dates and means | | | |
| d) | Currently self-injurious risk | [ ] | [X] | |
| e) | Drug or alcohol abuse | [ ] | [X] | |
| f) | IV drug use | [ ] | [X] | |
| g) | Methadone | [ ] | [X] | Clinic - |
| **III. Sexually Transmitted Diseases** | | | | |
| a) | STDs | [ ] | [X] | Treated - |
| b) | HIV+ | [ ] | [X] | |
| c) | Increased risk for HIV/STD | [ ] | [X] | |
| **IV. Dental** | | | | |
| a) | Painful dental condition | [ ] | [ ] | |
| b) | Last dental exam | [ ] | [ ] | 6 mth ago |

**Disposition:**

[ ] General population with referral to MD
[ ] General population with referral to:
Mental Health ____ Psychiatry_____
[ ] Infirmary ward

[ ] CMS [ ] Psych Obs
[ ] Isolation
[✓] General population

[signature]
Signature of Nurse/Interviewer
Rev: 5/98; 4/99, 7/00, 8/03

# RI Department of Corrections
# INITIAL SUICIDE ASSESSMENT
# COMMITTING STAFF SCREEN

INMATE: Flanney Thomas DOB: 2/8/75 ID#: (if known) ________

________ (signature) 11/19/04 745pm
Committing Officer Date Time

1. Do you feel there is nothing to look forward to in the immediate future? ______ Yes __✓__ No
2. Have you ever been, or are you now, being treated for any mental health or emotional problems? ______ Yes __✓__ No
3. Have you ever thought about hurting yourself? ______ Yes __✓__ No
4. Have you recently experienced a significant loss (job, relationship, death of someone close, etc.)? ______ Yes __✓__ No
5. Has a family member/close friend ever attempted or completed suicide? ______ Yes __✓__ No
6. Have you ever attempted to hurt yourself? ______ Yes __✓__ No

**ACTION: If an offender answers YES to questions 1- 6, SPEAK TO A NURSE AT THE DISPENSARY**

7. Are you thinking of killing yourself? ______ Yes __✓__ No

**IF AN OFFENDER ANSWERS YES TO QUESTION 7, KEEP THIS INMATE UNDER CLOSE SUPERVISION UNTIL INSTRUCTED OTHERWISE BY NURSING OR MENTAL HEALTH SERVICES. WHEN SPEAKING WITH NURSE, REQUEST THE NURSE NOTIFY MENTAL HEALTH CLINICIAN ON DUTY (Time: ______)**

---

**DOCUMENTATION OF RESPONSE:**

Notification to Nursing: _____ No _____ Yes (If yes, Time: ________)

NAME of Person Notified: ______________________________

Form given to nursing for use in Receiving Screening ______________________ Nurse Signature ________ Date/Time

Form to be filed in inmate medical record (Section one)
New: Jan04

R.I. Department of Corrections
Health Service Administration
**Medical Entrance Screen – Men's Facility**

**NAME** Flannery Thomas
**DOB** 2-8-75 **ID#** ____
**Date** MAR 13 2004 **Time** 4 am/(pm)

**Testing:**
RPR (L) HIV 3325782

TB (L) Deferred___ Reason: + in past
Last PPD <3 months

If deferred, when and where last CXR ________

Have you received tx w/INH & B6________
By Whom________________Duration________

**ALLERGIES:** PCN

Vital Signs:
T_______ P 78 BP 102/66
R _______ Ht 5'8 Wt 144

---

OBSERVATIONS:

| **Appearance, behavior & conduct:** | Yes | No | Comments |
|---|---|---|---|
| Alert & oriented to person, place and time | [✓] | [ ] | |
| Cooperative | [✓] | [ ] | |

| **Do you observe:** | Yes | No | Comments |
|---|---|---|---|
| 1. Recent trauma? | [ ] | [✓] | |
| 2. Lacerations, contusions, abrasions | [ ] | [✓] | |
| 3. Self-injurious behavior? | [ ] | [✓] | |
| 4. Signs of Depression? | [ ] | [✓] | |
| 5. Excessive Anxiety? | [ ] | [✓] | |
| 6. Signs of Mania? | [ ] | [✓] | |
| 7. Alcohol/Chemical influence? | [ ] | [✓] | |
| 8. Alcohol/drug withdrawal? | [ ] | [✓] | |
| 9. Tremors or sweating? | [ ] | [✓] | |
| 10. Acute illness? | [ ] | [✓] | |
| 11. Visible body deformities? | [ ] | [✓] | |
| 12. Difficulty of movement? | [ ] | [✓] | |
| 13. Persistent cough or lethargy? | [ ] | [✓] | |
| 14. Skin problems? | [ ] | [✓] | |
| 15. Lice/scabies? | [ ] | [✓] | |
| 16. Tattoos/(Scars)? | [✓] | [ ] | |
| 17. Jaundice? | [ ] | [✓] | |
| 18. Needle Marks? | [ ] | [✓] | |

**Current medications:**
seroquel

Pharmacy ____________
Prescribing Physician Ext Side

Last Hospitalization 1 month ago
Health Insurance ____________
Policy# ____________

Last Physical Exam 1 yr.
Person to Notify none
Address ____________
Phone Number ____________

## Medical Inquiry

Suffer from:

| | | Yes | No | Comments |
|---|---|---|---|---|
| **I: Medical** | | | | |
| a) | Tuberculosis | [ ] | [✓] | back problem |
| b) | Chronic cough | [ ] | [✓] | tendonitis |
| c) | Asthma | [ ] | [✓] | Inhaler- |
| d) | Blood in sputum | [ ] | [✓] | |
| e) | Lethargy or weakness | [ ] | [✓] | |
| f) | Weight loss | [ ] | [✓] | |
| g) | Loss of appetite | [ ] | [✓] | |
| h) | Fever | [ ] | [✓] | |
| i) | Night sweats | [ ] | [✓] | |
| j) | Hepatitis | [ ] | [✓] | |
| k) | Heart condition | [✓] | [ ] | heart murmur |
| l) | Diabetes | [ ] | [✓] | Insulin - |
| m) | Seizures | [ ] | [✓] | Date/Last Sz |
| n) | Bleeding disorder | [ ] | [✓] | |
| o) | Head injury | [ ] | [✓] | |
| p) | Loss of consciousness | [ ] | [✓] | |
| q) | Frequency headaches | [ ] | [✓] | |
| r) | Blood transfusions | [ ] | [✓] | |
| **II. Mental Health** | | | | |
| a) | Hx of MH treatment | [✓] | [ ] | |
| b) | Hx of MH hospitalizations | [ ] | [✓] | |
| c) | Hx of prior suicide attempts | [ ] | [✓] | |
| | a. If yes, dates and means | | | |
| d) | Currently self-injurious risk | [ ] | [✓] | |
| e) | Drug or alcohol abuse | [ ] | [✓] | |
| f) | IV drug use | [ ] | [✓] | |
| g) | Methadone | [ ] | [✓] | Clinic - |
| **III. Sexually Transmitted Diseases** | | | | |
| a) | STDs | [ ] | [✓] | Treated - |
| b) | HIV+ | [ ] | [✓] | |
| c) | Increased risk for HIV/STD | [ ] | [✓] | |
| **IV. Dental** | | | | |
| a) | Painful dental condition | [ ] | [✓] | |
| b) | Last dental exam | [ ] | [✓] | |

**Disposition:**

[ ] General population with referral to MD
[✓] General population with referral to:
Mental Health ____ Psychiatry X
[ ] Infirmary ward

[ ] CMS [ ] Psych Obs
[ ] Isolation
[ ] General population

P. Malone

Signature of Nurse/Interviewer
Rev: 5/98; 4/99, 7/00, 8/03

Chis · Bottom Bu

R.I. Department of Corrections
Health Service Administration
**Medical Entrance Screen**

Interviewer Dorothy Kalan.

NAME Flannery Thomas
DOB 2-8-75 ID# 521307
Date ______ Time ______ am/pm

OBSERVATIONS:

| **Appearance, behavior & conduct:** | Yes | No | Comments |
|---|---|---|---|
| Alert and oriented 3 spheres | [✓] | [✓] | |
| Cooperative | [✓] | [ ] | |

| **Do you observe:** | Yes | No | Comments |
|---|---|---|---|
| 1. Recent trauma? | [ ] | [✓] | |
| 2. Lacerations, contusions, abrasions | [ ] | [✓] | |
| 3. Visible body deformities? | [ ] | [✓] | |
| 4. Difficulty of movement? | [ ] | [✓] | Tendonitis. both ankles, knee |
| 5. Acute illness? | [ ] | [✓] | compressed Disc. Heart |
| 6. Persistent cough or lethargy? | [ ] | [✓] | Murmur |
| 7. Skin problems? | [ ] | [✓] | |
| 8. ~~Lice/scabies~~? | [ ] | [✓] | |
| 9. Tattoos/Scars? | [✓] | [ ] | |
| 10. Jaundice? | [ ] | [✓] | |
| 11. Needle Marks? | [ ] | [✓] | |
| 12. Alcohol/Chemical influence? | [ ] | [✓] | |
| 13. Alcohol/drug withdrawal? | [ ] | [✓] | |
| 14. Tremors or sweating? | [ ] | [✓] | |
| 15. Depression &/or disorientation? | [ ] | [✓] | |
| 16. Suicidal behavior? | [ ] | [✓] | |

Vital signs:
T 97.6 P 76 BP 100/70
R 16 Ht 5'7" Wt 146
Last physical exam: 2 mth.
Last dental exam: 2 wks.
Last hospitalization Ø 2 yrs ago for Surg. (Stabbing).
Health Insurance Company ______
Policy # ______

RPR (P)
HIV 3281235
TB (P) Deferred ___ Reason: + in past
Last PPD <3 months
If deferred, when and where last CXR ______
Have you received tx w/INH & B6 Ø
Who prescribed it ______
For how long ______
Person to Notify: Hope - Friend.
Address ______
Phone 508 226 4940

Rev: 5/98; 4/99, 7/00

## MEDICAL INQUIRY

| Suffer from: | Yes | No | Comments |
|---|---|---|---|
| 1. Venereal Disease | [ ] | [✓] | |
| 2. Tuberculosis | [ ] | [✓] | |
| 3. Chronic cough | [ ] | [✓] | |
| 4. Asthma | [✓] | [✗] | |
| 5. Hemoptysis | [ ] | [✓] | |
| 6. Lethargy or weakness | [ ] | [✓] | |
| 7. Weight loss | [ ] | [✓] | |
| 8. Loss of appetite | [ ] | [✓] | |
| 9. Fever | [ ] | [✓] | |
| 10. Night sweats | [ ] | [✓] | |
| 11. Hepatitis | [ ] | [✓] | |
| 12. Heart condition | [ ] | [✓] | |
| 13. Diabetes | [ ] | [✓] | |
| 14. Seizures | [ ] | [✓] | |
| 15. Bleeding disorder | [ ] | [✓] | |
| 16. Head injury | [ ] | [✓] | |
| 17. Loss of consciousness | [ ] | [✓] | |
| 18. Frequency headaches | [ ] | [✓] | |
| 19. Painful dental condition | [ ] | [✓] | |
| 20. Drug or alcohol abuse* | [ ] | [✓] | |
| 21. IV drug use | [ ] | [✓] | |
| 22. Increased risk for HIV | [ ] | [✓] | |
| 23. HIV+ | [ ] | [✓] | |
| 24. Blood transfusions | [ ] | [✓] | |
| 25. Mental health problems | [✓] | [ ] | Depression |
| 26. Suicide attempts | [ ] | [✓] | |
| 27. Currently suicidal | [ ] | [✓] | |

*Note: Type of drug, last used, amount, and method (i.e. inhalation, IV, smoke, p.o.)

CURRENT MEDICATIONS: Trazadone, Elavil

PHARMACY Walgreen. ?

PRESCRIBING PHYSICIAN Rex Hoover.

ALLERGIES: PCN.

SPECIAL DIET: ____________

Female Patients:

| | | | |
|---|---|---|---|
| Are you pregnant? | Yes | No | |
| If yes, have you had prenatal care? | Yes | No | Where________ Next Appt:________ |
| Have you recently delivered? | Yes | No | |
| Pap smear within past year? | Yes | No | |

Gravida _____ Para _____ AB _____ LMP _____ If on BCPs, where are you in the cycle? Pill #_____

**DISPOSITION:**

[ ] General population with referral to MD
[ ] Infirmary Ward/Medical Observation
[ ] Psychiatric Observation
[ ] General population
[ ] Isolation
[ ] CMS

Reason:

Upon Discharge, a phone number where you can be reached if the doctor needs to contact you 617 918 7321

Dorothy Grahe.
Signature of Nurse

New

R.I. Department of Corrections
Health Service Administration
**Medical Entrance Screen**

NAME Flannery, Thomas

DOB 2/8/75 ID# ____

Interviewer ____

Date NOV 13 2001 Time 1:40 (am)/pm

OBSERVATIONS:

| **Appearance, behavior & conduct:** | Yes | No | Comments |
|---|---|---|---|
| Alert and oriented 3 spheres | [✓] | [ ] | |
| Cooperative | [✓] | [ ] | |

| **Do you observe:** | Yes | No | Comments |
|---|---|---|---|
| 1. Recent trauma? | [ ] | [✓] | |
| 2. Lacerations, contusions, abrasions | [ ] | [✓] | |
| 3. Visible body deformities? | [ ] | [✓] | |
| 4. Difficulty of movement? | [ ] | [✓] | |
| 5. Acute illness? | [ ] | [✓] | |
| 6. Persistent cough or lethargy? | [ ] | [✓] | |
| 7. Skin problems? | [ ] | [✓] | |
| 8. Lice/scabies? | [ ] | [✓] | |
| 9. ~~Tattoos~~/Scars? | [✓] | [ ] | Tattoo - (R) forearm. |
| 10. Jaundice? | [ ] | [✓] | |
| 11. Needle Marks? | [ ] | [✓] | |
| 12. Alcohol/Chemical influence? | [ ] | [✓] | |
| 13. Alcohol/drug withdrawal? | [ ] | [✓] | |
| 14. Tremors or sweating? | [ ] | [✓] | |
| 15. Depression &/or disorientation? | [ ] | [✓] | |
| 16. Suicidal behavior? | [ ] | [✓] | |

**Vital signs:**
T 98.7 P 90 BP 112/70
R 20 Ht 5'7" Wt 150 lbs.

Last physical exam: 1 yr ago

Last dental exam: 1 yr ago

Last hospitalization ∅

Health Insurance Company ∅

Policy # ____

RPR (R) HIV 3091606

TB (R) Deferred ___ Reason: + in past
Last PPD <3 months

If deferred, when and where last CXR ____

Have you received tx w/INH & B6 ____
Who prescribed it ____
For how long ____

Person to Notify: No one.

Address ____

Phone ____

Rev: 5/98; 4/99, 7/00

**MEDICAL INQUIRY**

| Suffer from: | Yes | No | Comments |
|---|---|---|---|
| 1. Venereal Disease | [ ] | [✓] | |
| 2. Tuberculosis | [ ] | [✓] | |
| 3. Chronic cough | [ ] | [✓] | Tendonitis |
| 4. Asthma | [ ] | [✓] | Arthritis (L) & (L) knees & (R) (L) |
| 5. Hemoptysis | [ ] | [✓] | ankles. |
| 6. Lethargy or weakness | [ ] | [✓] | |
| 7. Weight loss | [ ] | [✓] | |
| 8. Loss of appetite | [ ] | [✓] | |
| 9. Fever | [ ] | [✓] | |
| 10. Night sweats | [ ] | [✓] | |
| 11. Hepatitis | [ ] | [✓] | |
| 12. Heart condition | [ ] | [✓] | |
| 13. Diabetes | [ ] | [✓] | |
| 14. Seizures | [ ] | [✓] | |
| 15. Bleeding disorder | [ ] | [✓] | |
| 16. Head injury | [ ] | [✓] | |
| 17. Loss of consciousness | [ ] | [✓] | |
| 18. Frequency headaches | [ ] | [✓] | |
| 19. Painful dental condition | [ ] | [✓] | |
| 20. Drug or alcohol abuse* | [ ] | [✓] | |
| 21. IV drug use | [ ] | [✓] | |
| 22. Increased risk for HIV | [ ] | [✓] | |
| 23. HIV+ | [ ] | [✓] | |
| 24. Blood transfusions | [ ] | [✓] | |
| 25. Mental health problems | [ ] | [✓] | |
| 26. Suicide attempts | [ ] | [✓] | |
| 27. Currently suicidal | [ ] | [✓] | |

*Note: Type of drug, last used, amount, and method (i.e. inhalation, IV, smoke, p.o.)

**CURRENT MEDICATIONS:** Ø

PHARMACY ____________________

PRESCRIBING PHYSICIAN ____________________

**ALLERGIES:** PCN

SPECIAL DIET: ____________________

Female Patients:

| | | | |
|---|---|---|---|
| Are you pregnant? | Yes | No | |
| If yes, have you had prenatal care? | Yes | No | Where________ Next Appt:________ |
| Have you recently delivered? | Yes | No | |
| Pap smear within past year? | Yes | No | |

Gravida ____ Para ____ AB ____ LMP ______ If on BCPs, where are you in the cycle? Pill #____

**DISPOSITION:**

[ ] General population with referral to MD
[ ] Infirmary Ward/Medical Observation
[ ] Psychiatric Observation
[✓] General population
[ ] Isolation
[ ] CMS

Reason:

Upon Discharge, a phone number where you can be reached if the doctor needs to contact you 729-8385.

[signature]
Signature of Nurse

FACILITY NAME INTAKE SERVICE CENTER-036

MONTH / YEAR 04/2006

## MEDICATION SHEET & ADMINISTRATION RECORD

| Medication | Hour | Start | Stop |
|---|---|---|---|
| IBUPROFEN 800MG TAB<br>MOTRIN<br>TAKE 1 TABLET(S) ORALLY THREE TIMES A DAY AS NEEDED<br><br>RX 4864060 EDORO | P, L, N | 03/17/2006 | 04/15/2006 |
| ERYTHROMYCIN TOP (60ML) 2% SOLN<br>ATS SOLUTION<br>APPLY TOPICALLY TO AFFECTED AREA THREE TIMES A DAY<br><br>RX 4864061 EDORO | K, O, P | 03/17/2006 | 04/15/2006 |
| ELAVIL 50mg PO Q AM x 90 Day | 8 | 3/28 | 6/26 |
| ELAVIL 50mg PO Q AM x 90 Days | 4 | 3/28 | 6/26 |
| Elavil 100mg PO QHS x 90 Days | 8 | 3/28 | 6/26 |
| | | | |

HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

## MEDICATION SHEET & ADMINISTRATION RECORD

| | |
|---|---|
| ALLERGIES | NKA |
| DIAGNOSES | |
| PATIENT NAME | FLANNERY, THOMAS J |
| ID | 521307 |
| LOC. NO. | K 09B |

| PHYSICIAN'S NAME | POSHKUS, MICHAEL | | |
|---|---|---|---|
| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INIT |
| OBSERVE!! | | | |

DOCUMENTATION CODES = DC - Discontinued Order, DO - Dose Omitted, R - Refused, C - Court, S - Self Administered, NS - No Show

FACILITY NAME ISC

MONTH / YEAR 2006

## MEDICATION SHEET & ADMINISTRATION RECORD

| Order | Hour | Start | Stop |
|---|---|---|---|
| 3/16/2006 FLANNERY, THOMAS #521307 IBUPROFEN 800MG TAB End: 4/15/2006 1 TAB TID PRN PO X 30 Days O . EDORO , MD 367840 INITIALS:____ | PRN | | |
| 3/16/2006 FLANNERY, THOMAS #521307 ERYTHROMYCIN TOP (60ML) 2% SOLN End: 4/15/2006 1 SOLN TID PO X 30 Days O . EDORO , MD 367841 INITIALS:____ | KOP | | |
| 3/28/2006 FLANNERY, THOMAS #521307 AMITRIPTYLINE 50MG TAB End: 6/26/2006 1 TAB QAM PO X 90 Days M . BAUERMEISTER , MD 369446 INITIALS:____ | 8A | 3/28/06 | 6/26/06 |
| 3/28/2006 FLANNERY, THOMAS #521307 AMITRIPTYLINE 50MG TAB End: 6/26/2006 1 TAB QPM PO X 90 Days M . BAUERMEISTER , MD 369447 INITIALS:____ | 4P | 3/28/06 | 6/26/06 |
| 3/28/2006 FLANNERY, THOMAS #521307 AMITRIPTYLINE 100MG TAB End: 6/26/2006 1 TAB QHS PO X 90 Days M . BAUERMEISTER , MD 369448 INITIALS:____ | 8P | 3/28/06 | 6/26/06 |
| Cotton Blanket | | | |

Nurse Initials:

HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

## MEDICATION SHEET & ADMINISTRATION RECORD

ALLERGIES

DIAGNOSES

PATIENT NAME Flannery Thomas ID 521307 LOC. NO. K-9B

PHYSICIAN'S NAME

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INIT |
|---|---|---|---|
| | | | |

DOCUMENTATION CODES = DC - Discontinued Order, DO - Dose Omitted, R - Refused, C - Court, S - Self Administered, NS - No Show

FACILITY NAME: INTAKE SERVICE CENTER-036

MONTH / YEAR: 03/2006

# MEDICATION SHEET & ADMINISTRATION RECORD

BUPROPION HCL 100MG TABS
WELLBUTRIN 100MG TABS
ONE (1) TABLET ORALLY AT BEDTIME

RX 4799791 BAUERMEISTER

START 01/31/2006 STOP 03/01/2006

Nurse Initials:

START STOP

Nurse Initials:

START STOP

Nurse Initials:

START STOP

Nurse Initials:

START STOP

Nurse Initials:

START STOP

Nurse Initials:

MEDICATION SHEET & ADMINISTRATION RECORD

| | |
|---|---|
| ALLERGIES | NKA |
| DIAGNOSES | |
| PATIENT NAME | FLANNERY, THOMAS J |
| ID | 521307 |
| LOC. NO. | K 09B |
| PHYSICIAN'S NAME | POSHKUS, MICHAEL |

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INI |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

DOCUMENTATION CODES = DC - Discontinued Order, DO - Dose Omitted, R - Refused, C - Court, S - Self Administered, NS - No Show

FACILITY NAME ISC

MONTH / YEAR '06

## MEDICATION SHEET & ADMINISTRATION RECORD

WEllbuTRIN 100 mg po q HS X30

HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31

Nurse Initials: xf

START 1.30.06 STOP 2.30.06

Nurse Initials:

START STOP

Nurse Initials:

START STOP

Nurse Initials:

START STOP

Nurse Initials:

START STOP

Nurse Initials:

START STOP

## MEDICATION SHEET & ADMINISTRATION RECORD

HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29

| | |
|---|---|
| ALLERGIES | K-9B |
| DIAGNOSES | ~~K-20F~~ |
| PATIENT NAME | Flannery Thomas |
| ID | 521367 |
| LOC. NO. | FHSF |

PHYSICIAN'S NAME

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

DOCUMENTATION CODES = DC - Discontinued Order, DO - Dose Omitted, R - Refused, C - Court, S - Self Administered, NS - No Show

FACILITY NAME ISC

MONTH / YEAR 2/06

# MEDICATION SHEET & ADMINISTRATION RECORD

| Medication | HOUR | 1–31 |
|---|---|---|
| Wellbutrin 100mg po qhs x30d | 8 | |
| | Nurse Initials: | START 1/30/06 STOP 2/30/06 |
| | | |
| | Nurse Initials: | START STOP |
| Vistaril 50mg<br>For medically documented panic attacks (Δ in vital signs) | PRN | |
| | Nurse Initials: | START STOP |
| Do not give more than 2 doses in 24 hrs without referring back to Dr Baumiester. | | |
| | Nurse Initials: | START STOP |
| | | |
| | Nurse Initials: | START STOP |
| | | |
| | Nurse Initials: | START STOP |

MEDICATION SHEET & ADMINISTRATION RECORD

| | | | |
|---|---|---|---|
| ALLERGIES | | PHYSICIAN'S NAME | |
| DIAGNOSES | | NURSE'S SIGNATURE | INITIAL / NURSE'S SIGNATURE |
| PATIENT NAME: Flannery, Thomas | ID 521307 | LOC. NO. F15 | |

DOCUMENTATION CODES = DC - Discontinued Order, DO - Dose Omitted, R - Refused, C - Court, S - Self Administered, NS - No Show

Facility Na[me] Work Release Month/Year Jan 02

| Medication | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chlorpheniramine 4 mg PO TID X 5 days | 7A | | YM | [illegible] | [illegible] | NS | NS | DC | | | | | | | | | | | | | | | | | | | | | | |
| | 4P | | aw | aw | NS | DO | NS | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init. START DATE 1/2 STOP DATE 1/7/02 | 8P | | aw | aw | NS | DO | NS | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol ii PO TID X 5 days | 7A | | YM | [illegible] | NS | NS | | DC | | | | | | | | | | | | | | | | | | | | | | |
| | 4P | | aw | aw | NS | DO | NS | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init. START DATE 1/2 STOP DATE 1/7/02 | 8P | | aw | NS | DO | NS | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGY

DIAGNOSIS

PATIENT NAME Flannery, Thomas ID 521307 WING

**DOCUMENTATION CODES =**

DC - Discontinued Order R - Refused S - Self Administered
DO - Dose Omitted C - Court NS - No Show
H - Medical Hold LD - Lock Down O - Other

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | IN[ITIAL] |
|---|---|---|---|
| | | | |

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

# RHODE ISLAND DEPARTMENT OF CORRECTIONS PSYCHIATRIST PROGRESS NOTES

NAME FLANNERY, THOMAS

DOB 2/8/75

S (subjective symptoms) O (objective findings)
A (assessment or impression) P (plan)
All entries must be **signed**, **dated** and **timed**.

| DATE & TIME | SECURITY | |
|---|---|---|
| 1/30/06 | [illegible] | T: Dr. B |
| | | [illegible] #6 |
| | | New 10 years in [illegible] |
| | | extradicted to RI to clear up old charges |
| | | [illegible] Concord MA [illegible] Dr. Lee [illegible] |
| | | TX for anxiety and depression |
| | | I/M is on Klonopin + Remeron |
| | | He is argumentative and demanding |
| | | he claims to have panic attacks and [illegible] |
| | | [illegible] |
| | | Start Wellbutrin 100 mg po HS |
| | | for medically documented panic attacks, i.e. change of vital signs, give |
| | | VISTARIL 50 mg po |
| | | NTE 2 doses in 24 hours without |
| | | approval back for renewal. |
| | | I told I/M to report PHYSICAL SYMPTOMS to CO |
| | | not simply to say 'panic attack'. |
| | | [signature] |
| 2/13/06 | [illegible] | I/M complaining that Wellbutrin does not help c his |
| | | panic attacks - he did however, not a single time |
| | | report such an attack to come to nursing and |
| | | get the Rx I have ordered him. |
| | | He also complained about insomnia but refused |
| | | sleep study. |
| | | His MENTAL STATUS was entirely normal. No signs of |
| | | panic, anxiety, sleep deprivation, major |
| | | mental illness. [signature] |

HSP #5 REV. 7-91

# RHODE ISLAND DEPARTMENT OF CORRECTIONS PSYCHIATRIST PROGRESS NOTES

NAME Flannery, Thomas

DOB 2/8/75

**S** (subjective symptoms) **O** (objective findings)
**A** (assessment or impression) **P** (plan)
All entries must be **signed, dated** and **timed.**

| DATE & TIME | ENTRY CODE SECURITY | |
|---|---|---|
| 2/13/06 | ISL | T: Dr. B<br>I/M is on K [illegible] due to making threats.<br>[signature] |
| 2/27/06 | ISL | I/M has been instructed specifically to report physical symptoms of panic attacks so that he would be seen by nursing staff & have his vital signs taken to document.<br>I also had ordered sleep monitoring which I/M refused.<br>He is on antidepressant Wellbutrin 100 mg and PRN order of Vistaril for panic attacks<br>[signature] |
| 3/13/06 | ISC/SEG | I/M seen per self slip indicating both medical & M.H issues. He stated that he has been feeling ↑ anxious, was unable to stop moving & shaking legs. He stated he has been unable to sleep which causes him additional anxiety. I/M signed ROI for Massachusetts Correctional Institute - Concord. I/M remained anxious explaining why he refused the sleep Rx offered & why the Wellbutrin isn't working. Ref to Dr.<br>[signature] LCSW |
| 3/14/06 | ISL | Renewed<br>[signature] |

HSP #5 REV. 7-91

# RHODE ISLAND DEPARTMENT OF CORRECTIONS PSYCHIATRIST PROGRESS NOTES

NAME FLANNERY, THOMAS

DOB 2/8/75

**S** (subjective symptoms) **O** (objective findings)
**A** (assessment or impression) **P** (plan)
All entries must be **signed, dated** and **timed.**

| DATE & TIME | ENTRY CODE SECURITY | |
|---|---|---|
| 3-27-06 | [illegible] | [illegible] |
| | | I/M still complaining ~ insomnia and anxiety attacks. |
| | | However, he has been reported to nursing staff! |
| | | I do have an order for [illegible] in case of |
| | | documenting anxiety attacks. |
| | | [illegible] refuse [illegible] monitoring. |
| | | We have no confirmation of [illegible] in [illegible] |
| | | in care today |
| | | [signature] |
| 3-28-06 | [illegible] | [illegible] |
| | | Anxiety improved - |
| | | I shall discontinue Wellbutrin 100 |
| | | and replace it with Elavil 50 AM 50 PM 100 HS |
| | | [signature] |

1/26/06
[illegible]

RHODE ISLAND DEPARTMENT
OF CORRECTIONS
PSYCHIATRIST PROGRESS NOTES

NAME Flannery, Thomas

DOB 2/8/75

S (subjective symptoms) O (objective findings)
A (assessment or impression) P (plan)
All entries must be **signed**, **dated** and **timed**.

| DATE & TIME | ENTRY CODE SECURITY | |
|---|---|---|
| 3/16/04 | [illegible] | [illegible] |
| | | [illegible] |
| | | [illegible] |
| | | [illegible] |
| | | [illegible] |
| | | [illegible] |
| | | [illegible] |
| | | [illegible] |
| | | [signature] |
| 11/29/04 9:15 AM | ISC | Seen per request slip. Reports anxiety, ↓ sleep, worry about legal situation. Reports Tx in California prison 2 yrs ago - [illegible]. No current MH Tx, Py. States he has bail of 500 cash. Has been unable to contact MA prison where he has money in his account. States family is in Ireland & cannot help. Writer will attempt to assist & also refer to mod counselor. Bail money at South Bay House of Corrections Bradston St. Boston MA. Discussed sleep issues & provided IM with info. Referred to stress gr. if he is here at ACI long enough. Alert, oriented, cooperative. Situational stress/anxiety. IM to access MH staff as needed. Denies SI/HI intent/plan. [signature] Psychology |
| 1/27/06 | ISC | [illegible] |

HSP #5 REV. 7-91