**RHODE ISLAND DEPARTMENT OF CORRECTIONS**
**PHYSICIAN CONTACT NOTES**

NAME Flannery, Thomas

DOB 2/8/75

| DATE & TIME | ENTRY CODE SECURITY | **S** ( subjective symptoms ) **O** ( objective findings ) **A** ( assessment or impression ) **P** ( plan ) All entries must be **signed, dated** and **timed.** |
|---|---|---|
| 3-16-06 | | S - Pt says that he has documented allergy to wool. This is noted in Massachusetts prison where he was previously incarcerated. Also mentions that he takes ibuprofen for tooth pain. He was seen by a dentist in MCI where he was [illegible] to have partials done [illegible] tooth extraction. He doesn't want to be seen by the dentist in ACI b/c he is doing procedure in MCI. Emphasizing on s/o [illegible] for solution. And skin rash on his face. |
| | | O - No [illegible] distress |
| | | maculo papular rash on forehead |
| | | A/P - (R) h/o of Allergy to wool blanket |