Rationale for erythromycin TP medical blanket.

DIAGNOSIS / PROBLEM:

DRUG ALLERGIES:

NAME / DOB / ID#

Flannery, Thomas
2-8-75

R.I. Department of Corrections
Health Services

**INSTRUCTIONS FOR USE**

1. DATE & TIME ALL ORDERS
2. A PHYSICIAN'S SIGNATURE MUST ACCOMPANY THE ORDERS.

| DATE | TIME | SECURITY | |
|---|---|---|---|
| 3-16-06 | | | Cotton blanket x 1. |
| | | | Edoro |

3/16/2006 FLANNERY, THOMAS #521307
ERYTHROMYCIN TOP (60ML) 2% SOLN End: 4/15/2006
1 SOLN TID PO X 30 Days

O. EDORO, MD 367841 INITIALS: SEE

3/16/2006 FLANNERY, THOMAS #521307
IBUPROFEN 800MG TAB End: 4/15/2006
1 TAB TID PRN PO X 30 Days

O. EDORO, MD 367840 INITIALS: SEE

3.28.06 ldc

3/28/2006 FLANNERY, THOMAS #521307
AMITRIPTYLINE 50MG TAB End: 6/26/2006
1 TAB QPM PO X 90 Days

M. BAUERMEISTER, MD 369447 INITIALS: MB/MD

3/28/2006 FLANNERY, THOMAS #521307
AMITRIPTYLINE 100MG TAB End: 6/26/2006
1 TAB QHS PO X 90 Days

M. BAUERMEISTER, MD 369448 INITIALS: MB/MD

3/28/2006 FLANNERY, THOMAS #521307
AMITRIPTYLINE 50MG TAB End: 6/26/2006
1 TAB QAM PO X 90 Days

M. BAUERMEISTER, MD 369446 INITIALS: MB/MD

noted [illegible]

HSPPO Rev. 7/00

**PHYSICIAN'S ORDER FORM**