**EXHIBIT A.**

RCF&P ROBERTS | CARROLL | FELDSTEIN & PEIRCE | INCORPORATED | ATTORNEYS AT LAW

www.rcfp.com

EXHIBIT A OF RECUSAL

*e-mail address: jmoretta@rcfp.com*

DENNIS J. ROBERTS (1903-1994)
DAVID W. CARROLL
EDWARD D. FELDSTEIN
RICHARD M. PEIRCE*
R. KELLY SHERIDAN
ROBERT P. LANDAU*
DENNIS E. CARLEY
R. JEFFREY KNISLEY
EDWARD G. AVILA*
JAMES A. MUSGRAVE*
JASON C. PRECIPHS*
JOHN B. MORETTA*
KRISTIN BARKETT PETTEY*
KATHRYN S. WINDSOR†
SEAN K. BROUSSEAU††
OF COUNSEL
MARTIN M. TEMKIN*

*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN CONNECTICUT
††ALSO ADMITTED IN ILLINOIS AND MISSOURI

July 26, 2007

**VIA TELECOPIER ONLY 752-7247**

The Honorable William E. Smith
Justice of the United States District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903

Attn: Doreen Baldinelli

Re: Thomas Flannery vs. Dr. Baumeister et al
CA No. O6-399S
Our File No. 70-71

Dear Judge Smith:

In accordance with Paragraph Three (3 )of the Pretrial Order entered in this matter on June 12, 2007, I am writing on behalf of Dr. Bauermeister to request a summary judgment conference. In addition, counsel for Dr. Michael Poshkus also joins in this request.

As noted above, the Pretrial Order requires counsel to request a summary judgment conference prior to the filing of any Rule 56 motion. Per the terms of the Pretrial Order, dispositive motions shall be filed by August 2, 2007. Fact discovery closed in this matter on July 12, 2007 and expert disclosure is due today, July 26, 2007.

As Plaintiff, Thomas Flannery, is incarcerated at MCI-Shirley, Defendants are certainly amenable to participating in a telephone conference as was the case with the Rule 16 conference in this matter.

TEN WEYBOSSET STREET, PROVIDENCE, RHODE ISLAND 02903-2808 PHONE 401-521-7000 WESTERLY PHONE 401-596-3851 FAX 401-521-1328

RCF&P
www.rcfp.com

Thank you for your consideration of our request.

Very truly yours,

John B. Moretta

John B. Moretta

JBM:ssk
cc: Thomas Flannery
Michael B. Grant, Esq. (via telecopier 462-2583)
Jay M. Elias, Esq. (via telecopier 331-3440)

CERTIFICATE OF SERVICE

I certify that I have served a true copy of my motion within to defendants' counsel: John Moretta, Esq., Ten Weybosset St., 8th Flr., Providence, RI 02903; Jay Elias, Esq., 1600 Financial Plaza, Providence, RI 02903; Michael Grant, Esq., 40 Howard Ave., Cranston, RI 02920, via first class mail, postage paid, this 2nd day of August 2007.

Thomas Flannery, pro se
Box 1218
Shirley, MA 01464