UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS FLANNERY

v.                                                          C.A. No. 06 - 399 S

DR. BAUMEISTER, et al.

<u>MEMORANDUM AND ORDER</u>

Plaintiff Thomas Flannery, *pro se*, filed two motions with the Court:

First, plaintiff seeks to postpone a summary judgement conference scheduled for August 2, 2007. <u>See</u> Dckt # 55. Plaintiff's motion is **denied** as moot since the summary judgement conference has already occurred.

Second, plaintiff filed a motion, <u>see</u> Dckt # 56, which seeks this Court to issue "Findings of Fact and Conclusions of Law" relating to the Court's Order, issued on July 23, 2007, which permitted the defendants to take the plaintiff's deposition. <u>See</u> Dckt # 53. Plaintiff's motion is **denied**, and he is instead referred to Fed. R. Civ. P. 30 (permitting the deposition of parties).

To the extent that plaintiff's motion seeks a protective order and/or a stay, said request is also **denied**. No basis has been presented for the Court to issue a protective order. <u>See</u> Fed. R. Civ. P. 26(c)(Protective Orders). Indeed, defendants are entitled to depose the plaintiff in accordance with Fed. R. Civ. P. 30.

Similarly, no basis has been presented which would require a Stay in this case. Summary judgement motions have been filed and those matters are ready for adjudication.

**IT IS SO ORDERED.**

_____
Jacob Hagopian
Senior United States Magistrate Judge
Date: 14 Aug 2007