**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THOMAS FLANNERY**

**v.** **C.A. No. 06 - 399 S**

**DR. BAUMEISTER, et al.**

**MEMORANDUM AND ORDER**

Plaintiff Thomas Flannery, *pro se*, filed two motions with the Court:

First, plaintiff seeks to postpone a summary judgement conference scheduled for August 2, 2007. See Dckt # 55. Plaintiff's motion is **denied** as moot since the summary judgement conference has already occurred.

Second, plaintiff filed a motion, see Dckt # 56, which seeks this Court to issue "Findings of Fact and Conclusions of Law" relating to the Court's Order, issued on July 23, 2007, which permitted the defendants to take the plaintiff's deposition. See Dckt # 53. Plaintiff's motion is **denied**, and he is instead referred to Fed. R. Civ. P. 30 (permitting the deposition of parties).

To the extent that plaintiff's motion seeks a protective order and/or a stay, said request is also **denied**. No basis has been presented for the Court to issue a protective order. See Fed. R. Civ. P. 26(c)(Protective Orders). Indeed, defendants are entitled to depose the plaintiff in accordance with Fed. R. Civ. P. 30.

Similarly, no basis has been presented which would require a Stay in this case. Summary judgement motions have been filed and those matters are ready for adjudication.

**IT IS SO ORDERED.**

[signature]

Jacob Hagopian
Senior United States Magistrate Judge
Date: 14 Aug 2007