UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS FLANNERY | ) | |
| Plaintiff | ) | |
| v. | ) | C. A. NO. 06-399S |
| DR. BAUERMEISTER et al | ) | |
| Defendants | ) | |

PLAINTIFF'S RENEWED MOTION FOR AN ENLARGEMENT OF TIME

The plaintiff respectfully moves this Court to GRANT him an enlargement of time not to exceed thirty (30) days, a time now halved from his original request where a like period was granted.

As reason therefore, plaintiff has had difficulty in both preparing and submitting his opposition to defendants request for summary judgement, as law library access is both limited and where plaintiff is enrolled in a mandated program, the Correctional Recovery Academy. Plaintiff requires the extension in order to prepare and submit his own motion for summary judgement.

WHEREFORE, plaintiff parys that his renewed request be GRANTED, for the reasons stated hereon in the preceding.

Respectfully submitted,

[signature]

Thomas Flannery, pro se
Box 1218
Shirley, MA 01464

September 5, 2007

CERTIFICATE OF SERVICE

I certify that I have served a true copy of my motion within for an enlargement of time to defendants' counsel: Jay Elias, Esq., Michael Grant, Esq., John Moretta, Esq., via first class mail, postage-paid, this 6th day of September 2007, by depositing same in the institutional mail drop.

Thomas Flannery, pro se
Box 1218
Shirley, MA 01464