JBM:ssk - 330597
70-71 (9/12/07)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS FLANNERY** | : | |
| | : | |
| **vs.** | : | **C.A. No. 06-399S** |
| | : | |
| **DR. BAUMEISTER; JOSEPH MAROCCO;** | : | |
| **MICHAEL PARKIS; and A. T. WALL** | : | |

**OBJECTION OF DEFENDANT, DR. BAUMEISTER, TO PLAINTIFF'S RENEWED MOTION FOR AN ENLARGEMENT OF TIME**

Now comes Defendant, Dr. Baumeister [*sic*] [Martin Bauermeister, M.D.], and hereby objects to Plaintiff's Renewed Motion for an Enlargement of Time. While Plaintiff's renewed motion states that "plaintiff has had difficulty in both preparing and submitting his opposition to defendant's request for summary judgment," Plaintiff filed an opposition to the Joint Motion of Dr. Bauermeister and Dr. Poshkus for Summary Judgment on August 29, 2007.

In addition, Defendant Bauermeister also objects to Plaintiff's Renewed Motion on the grounds that the motion requests an extension of time so that plaintiff may "prepare and submit his own motion for summary judgment."

The Pretrial Conference in this matter required dispositive motions to be filed by August 2, 2007, and also required any party filing a motion to request a conference with the Court before filing any such motion. While Defendants Bauermeister and Poshkus requested such a conference, which was held on July 30, 2007, Plaintiff did not request a conference before August 2, 2007, and never requested permission to file a summary judgment motion during the July 30, 2007, conference call. Consequently, plaintiff should be barred from being permitted to file a summary judgment motion at this time.

For the foregoing reasons, Defendant, Dr. Bauermeister, requests that Plaintiff's Renewed Motion for an Enlargement of Time be denied.

**Defendant,**
**Dr. Baumeister [*sic*] [Martin Bauermeister,M.D.]**
By his Attorneys,

/s/John B. Moretta________________________
John B. Moretta, Esquire (#6984)
Roberts, Carroll, Feldstein & Peirce, Inc.
10 Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000

**CERTIFICATION**

I hereby certify that a true copy of the within Objection was mailed postage prepaid, on September 13, 2007, to the following:

Mr. Thomas Flannery
MCI Shirley
P. O. Box 1218
Shirley, MA 01464

/s/John B. Moretta___________________

I hereby certify that on September 13, 2007, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

Michael B. Grant, Esq.
40 Howard Avenue
Cranston, RI 02920

Jay M. Elias, Esq.
Ratcliffe, Burke Harten & Elias
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

/s/John B. Moretta_________