**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS FLANNERY** | : | |
| | : | |
| **v.** | : | **C.A. No. 06-399S** |
| | : | |
| **DR. BAUMEISTER; JOSEPH MAROCCO;** | : | |
| **MICHAEL PARKIS; and A. T. WALL** | : | |

**MEMORANDUM IN SUPPORT OF OBJECTION**
**OF**
**DEFENDANT MICHAEL PARKIS [*sic*]**
**TO PLAINTIFF'S RENEWED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant Michael Parkis [*sic*][Michael Poshkus, M.D.] hereby submits this Memorandum in Support of his Objection to Plaintiff's Motion for an Enlargment of Time.

## ARGUMENT

Plaintiff seeks an additional thirty (30) days within which to prepare and submit his own Motion for Summary Judgment in this matter. Pursuant to the Pre-Trial Order of this Court dated June 12, 2007, all parties to this lawsuit were required to request a conference with the Court prior to filing Motions for Summary Judgment. That Pre-Trial Order required the parties to file dispositive motions on or before **August 2, 2007**. The time within which plaintiff would have been permitted to file his Motion for Summary Judgment has long passed. Dr. Poshkus respectfully submits that the defendants properly requested such a conference with this Court and, in fact, during the course of that telephone conference, requested and obtained this Court's authorization to proceed with filing their Motions for Summary Judgment. Had the plaintiff sought to file a Motion for Summary Judgment within the time frame required by this Court,

then he properly should have advised the Court of that fact, either at the time of the telephone conference on July 30, 2007, or as soon thereafter as he concluded that he desired to file such motions before the August 2, 2007, deadline. Plaintiff did not seek the Court's authorization to file Motion for Summary Judgment during the conference. Consequently, his Motion now seeks additional time within which to file a motion beyond the August 2, 2007, deadline and contrary to the requirements of the Court that he first seek authorization. Accordingly, Dr. Poshkus submits that Plaintiff's Motion for an Enlargement of Time within which to file a Motion for Summary Judgment is, itself, out of time and properly should be denied .

WHEREFORE, Defendant Michael Parkis [*sic*] [Michael Poshkus. M.D]. respectfully submits that Plaintiff's Motion for an Enlargement of Time should be denied.

Respectfully Submitted,

Defendant

**Michael Parkis [*sic*] [Michael Poshkus, M.D.]**
By his attorneys,

RATCLIFFE BURKE HARTEN & ELIAS, LLP

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 19th day of September, 2007, to the following:

***Legal Mail/Confidential***
Mr. Thomas Flannery, #W-86388
MCI Shirley
P. O. Box 1218
Shirley, MA 01464

/s/ Jay M. Elias

________________________________

I hereby certify that on this 19th day of September, 2007, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

Michael B. Grant, Esquire
Department of Corrections
40 Howard Avenue
Cranston, RI 02920

John B. Moretta, Esquire
Roberts, Carroll, Feldstein & Peirce, Inc.
10 Weybosset Street, 8th Floor
Providence, RI 02903

/s/ Jay M. Elias

________________________________

*Memo on Support of Obj to P's Mot. For Enlargement of Time 9.19.07*