United States District Court
For The District of Rhode Island

THOMAS FLANNERY )
Plaintiff )
v. ) C.A. No. 06-399S
DR BAUERMEISTER et al )
Defendants )

# PLAINTIFFS MOTION FOR EXTRA LAW LIBRARY TIME

Thomas Flannery a pro-se prisoner plaintiff is currently confined in the hole. I am permitted one to two hours a week in the Law Library. I will be in the hole until at least February or March. I am asking for an order from the court instructing hole Seargent Qja to allow me a minimum of 4 hours a week until I am transferred out. That may not even be a sufficient amount of time but it is a start. For this and all of the above reasons Plaintiff prays this motion be granted and an order issued.

Respectfully

Thomas Flannery #W86388
Pro-Se
MCI Shirley
PO Box 1218
Shirley, MA 01464

CC: John Moretta Esq
CC: Jay Elias Esq
CC: Michael Grant Esq
Original: U.S. District Court Clerk

September, 17, 2007

Tom Flannery