UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS FLANNERY

V. C. A. NO. 06-399 S

DR. BAUERMEISTER, ET AL

DEFENDANTS A. T. WALL'S, II AND JOSEPH MAROCCO'S
OBJECTION TO PLAINTIFF'S MOTION
FOR "EXTRA LAW LIBRARY TIME"

Defendants A. T. Wall's, II and Joseph Marocco's hereby object to Plaintiff's motion for "extra law library time" as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS,
By Their Attorney,

/S/ Michael B. Grant

_______________________________

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on the 28th day of September, 2007, I mailed a true copy of the within Defendants A. T. Wall's, II and Joseph Marocco's objection to Plaintiff's motion for "extra law library time" and accompanying Memorandum to Thomas Flannery, MCI Shirley, P. O. Box 1218, Shirley, Mass. 01464.

/S/ Michael B. Grant

_________________________________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS FLANNERY

V. C. A. NO. 06-399 S

DR. BAUERMEISTER, ET AL

MEMORANDUM

Plaintiff seeks an order from this Court against administrators of the Massachusetts correctional facility where he is currently housed permitting him to have more time in the facilities' law library. Plaintiff, in his motion, indicates that he is "currently confined in the hole" and accordingly is only allowed two (2) hours a week in the law library. Defendants assume that the Plaintiff is indicating to the Court that he is presently in punitive segregation as a result of having violated an institutional rule. Plaintiff fails to articulate any basis as to why two (2) hours weekly in the law library is insufficient time for him to prosecute the instant matter, or how he has been prejudiced. Moreover, Plaintiff's motion is misplaced, in that he is seeking an order to be imposed against a correctional facility in Massachusetts that is neither a party to the instant litigation, nor within the reach of this Court's jurisdiction.

To the extent that Plaintiff's motion is deemed by this Honorable Court as a claim for denial of access to the courts, such a claim is not directed at any party to this litigation and should be denied.

Respectfully submitted,

/S/ Michael B. Grant

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864