**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS FLANNERY** | : | |
| | : | |
| **v.** | : | **C.A. No. 06-399S** |
| | : | |
| **DR. BAUMEISTER; JOSEPH MAROCCO;** | : | |
| **MICHAEL PARKIS; and A. T. WALL** | : | |

**OBJECTION OF**
**DEFENDANT MICHAEL PARKIS [*sic*]**
**TO PLAINTIFF'S MOTION FOR**
**EXTRA LAW LIBRARY TIME**

Now comes defendant Michael Parkis [*sic*] [Michael Poshkus, M.D.] and hereby objects to Plaintiff's Motion for Extra Law Library Time. This defendant submits the attached Memorandum of Law in support of his Objection.

Respectfully Submitted,

Defendant

**Michael Parkis [*sic*]**
By his attorneys,

RATCLIFFE BURKE HARTEN & ELIAS, LLP

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 3rd day of October, 2007, to the following:

***Legal Mail/Confidential***
Mr. Thomas Flannery, #W-86388
MCI Shirley
P. O. Box 1218
Shirley, MA 01464

/s/ Jay M. Elias

I hereby certify that on this 3rd day of October, 2007, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

Michael B. Grant, Esquire
Department of Corrections
40 Howard Avenue
Cranston, RI 02920

John B. Moretta, Esquire
Roberts, Carroll, Feldstein & Peirce, Inc.
10 Weybosset Street, 8th Floor
Providence, RI 02903

/s/ Jay M. Elias

*Obj to P's Mot. For Extra Law Library Time 10-03-07*