**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS FLANNERY** | : | |
| | : | |
| **v.** | : | **C.A. No. 06-399S** |
| | : | |
| **DR. BAUMEISTER; JOSEPH MAROCCO;** | : | |
| **MICHAEL PARKIS; and A. T. WALL** | : | |

**MEMORANDUM IN SUPPORT OF OBJECTION**
**OF**
**DEFENDANT MICHAEL PARKIS [*sic*]**
**TO PLAINTIFF'S MOTION FOR EXTRA LAW LIBRARY TIME**

Defendant Michael Parkis [*sic*][Michael Poshkus, M.D.] hereby submits this Memorandum in Support of his Objection to Plaintiff's Motion for Extra Law Library Time.

## ARGUMENT

Through his motion the Plaintiff is requesting that this Honorable Court issue an order against administrators of the Massachusetts correctional facility where the Plaintiff is currently in custody. The Plaintiff has requested that this Honorable Court order the Massachusetts administrators to allow the Plaintiff more time in the correctional facilities' law library. He states in his motion that he is "currently confined in the hole" and is only permitted "one to two hours a week in the Law Library." This Defendant believes the Plaintiff's representations indicate that he is in punitive segregation as a result of having violated an institutional rule(s).

The Plaintiff provides no explanation as to why one to two hours a week in the law library is not sufficient time for him to pursue the within action, or how he has been or will be prejudiced by the facilities' policies regarding library time allotted to prisoners that are "confined

in the hole." Furthermore, the Plaintiff fails to recognize that this Honorable Court does not have jurisdiction over the administrators of the Massachusetts correctional facility and therefore cannot order them to give the Plaintiff additional law library time

To the extent that this Honorable Court may consider the Plaintiff's motion a claim for denial of access to the courts, as the claim is not directed towards any party to the within action, the Plaintiff's motion should be denied.

WHEREFORE, Defendant Michael Parkis [*sic*] [Michael Poshkus. M.D]. respectfully submits that Plaintiff's Motion for Extra Law Library Time should be denied.

Respectfully Submitted,

Defendant

**Michael Parkis [*sic*] [Michael Poshkus, M.D.]**
By his attorneys,

RATCLIFFE BURKE HARTEN & ELIAS, LLP

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 3rd day of October, 2007, to the following:

***Legal Mail/Confidential***
Mr. Thomas Flannery, #W-86388
MCI Shirley
P. O. Box 1218
Shirley, MA 01464

/s/ Jay M. Elias

I hereby certify that on this 3rd day of October, 2007, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

Michael B. Grant, Esquire
Department of Corrections
40 Howard Avenue
Cranston, RI 02920

John B. Moretta, Esquire
Roberts, Carroll, Feldstein & Peirce, Inc.
10 Weybosset Street, 8th Floor
Providence, RI 02903

/s/ Jay M. Elias

*Memo on Support of Obj to P's Mot For Extra Law Library Time 10 03 07*