**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THOMAS FLANNERY**

**v.** **C.A. No. 06 - 399 S**

**DR. BAUMEISTER, et al.**

**MEMORANDUM AND ORDER**

Plaintiff Thomas Flannery, *pro se*, filed with the Court a motion seeking an extension of time of thirty days in which to file his motions for summary judgement.

Said motion is **granted**, in part. Plaintiff shall file his motions for summary judgement on or before October 15, 2007.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: Oct 4, 07