UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS FLANNERY

v.                                                                                              C.A. No. 06 - 399 S

A.T. WALL, et al.

## MEMORANDUM AND ORDER

Plaintiff Thomas Flannery, *pro se*, is currently before the Court on a motion seeking an Order directing the Massachusetts Department of Corrections to provide him with more time in the prison's library. Said motion is **DENIED**. This Court does not have jurisdiction over the Massachusetts Department of Corrections.

IT IS SO ORDERED.

_____
Jacob Hagopian
Senior United States Magistrate Judge
Date: 4 oct 07