**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THOMAS FLANNERY**

**v.** **C.A. No. 06 - 399 S**

**A.T. WALL, et al.**

**MEMORANDUM AND ORDER**

Plaintiff Thomas Flannery, *pro se*, is currently before the Court on a motion seeking an Order directing the Massachusetts Department of Corrections to provide him with more time in the prison's library. Said motion is **DENIED**. This Court does not have jurisdiction over the Massachusetts Department of Corrections.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
Date: 4 Oct 07