UNITED STATES OF AMERICA

DISTRICT OF RHIDE ISLAND

| | | |
|---|---|---|
| THOMAS FLANNERY | ) | |
| Plaintiff | ) | |
| v. | ) | C. A. NO. 06-399S |
| DR. BAUERMEISTER et al | ) | |
| Defendants | ) | |

PLAINTIFF'S RESPONSE TO DEFENDANTS DR. BAUERMEISTER AND MICHAEL POSHKUS OBJECTING TO PLAINTIFF'S R. 56 MOTION

The plaintiff can only describe defendants' objections as both unusual at this juncture of the pleadings where the parties have submitted their requests for summary judgement, as well as verbose.

First and foremost, the plaintiff points to his motion for summary judgement, Preliminary Statement, page 3, ¶ 2, as an example of defendants' preoccupation with matters such as the ample reference to "sic." It is done yet again in their most recent pleading, Objection to Plaintiff's Motion for Summary Judgement, I, Introduction, page 3, ¶ 1. Indeed, a pettifogger is defined as "A lawyer who clouds an issue with insignificant details." Black's Law Dictionary, Eighth Edition, page 1183. Let us have no more of that, I pray.

Secondly, the plaintiff shall make no further comment on questions of law, which are for this Court to determine. He, in fact, relies upon his Amended Complaint, various pleadings

properly submitted and lawfully served upon the parties, and especially his Rule 56 motion for summary judgement. It must be stated here, however, that the plaintiff has not claimed medical malpractice as blithely pronounced by defendants in their Memorandum of Law supporting their Opposition, page 9, ¶ 2 n. 3. In fact, plaintiff has maintained that defendants are negligent, not to be misunderstood as "under a theory of respondeat superior." **Id.**, page 10, Section C.

Where the defendants argue law and apparently plaintiff's inapposite application to certain repcedents, here too, it is left to this Court to decide.

Finally, plaintiff shall object to defendants' arguments contained in his summary judgement motion as "vague and obscure." This is tantamount to the David and Goliath example so often quoted when applicable and where the victor has the last say. Besides, in this 15-rounder the plaintiff is still punching, the defendants backing up despite their favorite status in this arena.

Respectfully submitted,

[signature]

Thomas Flannery, pro se
Box 1218
Shirley, MA 01464

November 6, 2007

# CERTIFICATE OF SERVICE

I certify that I have served a true copy of my response to objections to defendants' counsel: John Moretta, Esq., Jay Elias, Esq., Michael Grant, Esq., via first class mail, postage-paid, this 8th day of November 2007, by depositing same for pick-up by SMU officers.

Thomas Flannery
pro se
Box 1218
Shirley, MA 01464