JBM (70-71)
337197 (11/27/07)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **THOMAS FLANNERY** | : | |
| | : | |
| **v.** | : | **C.A. No. 06-399S** |
| | : | |
| **DR. BAUMEISTER; JOSEPH MAROCCO;** | : | |
| **MICHAEL PARKIS;and A. T. WALL** | : | |

**JOINT OBJECTION OF THE DEFENDANTS**
**TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

Now come the Defendants, Dr. Baumeister (sic) (Martin Bauermeister, M.D.), Michael Parkis (sic) (Michael Poshkus, M.D.), Joseph Marocco, and A.T. Wall and, hereby object to the Motion of the Plaintiff, Thomas Flannery, for a Protective Order related to the deposition of Plaintiff as noticed for December 6, 2007 at 10:00 a.m. In support of this Objection, Defendants submit the attached Memorandum of Law and exhibits.

**Defendant,**
**Dr. Baumeister [*sic*] [Martin Bauermeister,M.D.]**
By his Attorneys,
ROBERTS CARROLL FELDSTEIN & PEIRCE

/s/John B. Moretta
John B. Moretta, Esq. (#6984)
Roberts, Carroll, Feldstein & Peirce, Inc.
10 Weybosset Street, 8th Floor
Providence, RI 02903
(401) 521-7000 (phone)
(401) 521-1328 (fax)

**Defendant Michael Parkis [*sic*] [Michael Poshkus, M.D.]**
By his Attorneys,
RATCLIFFE BURKE HARTEN & ELIAS, LLP

/s/Jay M. Elias
Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

**Defendants A.T. Wall and Joseph Marocco,**
By their Attorney,

/s/Michael B. Grant
Michael B. Grant, Esquire
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622

**CERTIFICATION**

I hereby certify that a true copy of this Objection was mailed, postage prepaid, on the 28th day of November, 2007, to the following:

**LEGAL MAIL**
**PERSONAL AND CONFIDENTIAL**

Mr. Thomas Flannery
MCI Shirley
P. O. Box 1218
Shirley, MA 01464

/s/ John B. Moretta

I hereby certify that on this 28th day of November, 2007, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

Michael B. Grant, Esquire
40 Howard Avenue
Cranston, RI 02920

Jay M. Elias, Esq.
Ratcliffe, Burke Harten & Elias
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

/s/ John B. Moretta

JBM (70-71)
337197 (11/27/07)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS FLANNERY | : | |
| | : | |
| v. | : | C.A. No. 06-399S |
| | : | |
| DR. BAUMEISTER; JOSEPH MAROCCO; | : | |
| MICHAEL PARKIS;and A. T. WALL | : | |

**DEFENDANTS' JOINT MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

## I. INTRODUCTION

Now come the Defendants, Dr. Baumeister (sic) (Martin Bauermeister, M.D.), Michael Parkis (sic) (Michael Poshkus, M.D.), Joseph Marocco, and A.T. Wall ("Defendants") and, hereby submit this Joint Memorandum of Law in support of Defendants' Objection to the Motion of the Plaintiff, Thomas Flannery, for a Protective Order. Plaintiff's Motion for a Protective Order seeks to prohibit Defendants from taking Plaintiff's deposition, which is presently scheduled to be conducted on December 6, 2007 at 10:00 a.m. The deposition is scheduled to be held at MCI-Shirley in Shirley, Massachusetts, the facility where Plaintiff is incarcerated. As is set forth below, Defendants have already been granted leave by this Honorable Court to take Plaintiff's deposition pursuant to F.R.C.P. 30(a)(2) and, consequently, Plaintiff's Motion should be denied.

## II. ARGUMENT

On July 9, 2007, Defendants Bauermesiter and Poshkus filed a Joint Motion to take Plaintiff's deposition pursuant to F.R.C.P. 30(a)(2). See Exhibit A. This motion was made necessary by the fact that Plaintiff is incarcerated at MCI-Shirley. On July 16, 2007, Plaintiff filed an Objection to Defendants' Joint Motion. See Exhibit B. In his Objection, Plaintiff requested that this Honorable Court deny Defendants' Motion because he had provided

discovery responses to Defendants and was in the process of completing answers to interrogatories. Id. at 1. Plaintiff also requested that the Court deny Defendants' Motion due to his inability to depose Defendants by reason of his incarceration and the cost associated with taking a deposition. Id. On July 23, 2007 Magistrate Judge Hagopian granted Defendants' Motion over Plaintiff's Objection. Thereafter, Defendants noticed Plaintiff's deposition for December 6, 2007.

Despite the fact that this Honorable Court has already granted Defendants' Motion to take Plaintiff's deposition, Plaintiff has now filed a Motion for Protective Order. Quite simply, there is no basis for such a motion at this time as the Defendants' request has been granted in accordance with the Federal Rules of Civil Procedure. Consequently, Defendants jointly and respectfully request that Plaintiff's Motion for a Protective Order be denied.

**Defendant,**
**Dr. Baumeister [*sic*] [Martin Bauermeister,M.D.]**
By his Attorneys,
ROBERTS CARROLL FELDSTEIN & PEIRCE

/s/John B. Moretta
John B. Moretta, Esq. (#6984)
Roberts, Carroll, Feldstein & Peirce, Inc.
10 Weybosset Street, 8th Floor
Providence, RI 02903
(401) 521-7000 (phone)
(401) 521-1328 (fax)

**Defendant Michael Parkis [*sic*] [Michael Poshkus, M.D.]**
By his Attorneys,
RATCLIFFE BURKE HARTEN & ELIAS, LLP

/s/Jay M. Elias
Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

**Defendants A.T. Wall and Joseph Marocco,**
By their Attorney,

/s/Michael B. Grant
Michael B. Grant, Esquire
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622

## CERTIFICATION

I hereby certify that a true copy of this Memorandum was mailed, postage prepaid, on the 28th day of November, 2007, to the following:

**LEGAL MAIL**
**PERSONAL AND CONFIDENTIAL**

Mr. Thomas Flannery
MCI Shirley
P. O. Box 1218
Shirley, MA 01464

/s/ John B. Moretta

I hereby certify that on this 28th day of November, 2007, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

Michael B. Grant, Esquire
40 Howard Avenue
Cranston, RI 02920

Jay M. Elias, Esq.
Ratcliffe, Burke Harten & Elias
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

/s/ John B. Moretta

JBM:ssk - 323377
70-71 (7/9/07)

EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THOMAS FLANNERY**

**vs.** **C.A. NO. 06-399S**

**DR: BAUMEISTER; JOSEPH MAROCCO; MICHAEL PARKIS; LT. HANLEY; LT. BARNEY; SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES**

**JOINT MOTION OF THE DEFENDANTS, DR. BAUERMEISTER AND MICHAEL POSHKUS, M.D., TO TAKE THE DEPOSITION OF PLAINTIFF, THOMAS FLANNERY, PURSUANT TO F.R.C.P. 30(a)(2)**

Now come Defendants, Dr. Bauermeister and Michael Poshkus, M.D. (hereinafter "Defendants") and hereby file this motion pursuant to F.R.C.P. 30(a)(2) and request leave of this Honorable Court to take the deposition of the Plaintiff, Thomas Flannery (hereinafter "Plaintiff"), in this matter. As this Court is aware, Plaintiff is presently confined in MCI-Shirley in Shirley, Massachusetts. Thus, pursuant to Rule 30(a) (2), Defendants must obtain leave of court prior to noticing the deposition.

While, pursuant to a Scheduling Order entered on June 12, 2007, fact discovery is set to close on July 12, 2007, Plaintiff has not yet provided responses to the discovery requests propounded by the Defendants. While Defendants anticipate the responses will be forthcoming within the week pursuant to the timelines set forth in the F.R.C.P., it is critical that Defendants be in possession of such information prior to the deposition. Thus, and in order to conduct a productive and informed deposition, Defendants request that counsel be permitted to take Plaintiff's deposition on a date agreeable to all parties subsequent to July 12, 2007.

For the foregoing reasons, Defendants Dr. Bauermeister and Michael Poshkus jointly request that this motion be granted pursuant to Rule 30(a)(2).

DEFENDANT,
DR. BAUERMEISTER
By his attorney,

/s/ John B. Moretta

John B. Moretta #6984
ROBERTS, CARROLL, FELDSTEIN
& PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000 FAX 401-521-1328
Email: jmoretta@rcfp.com

DEFENDANT,
MICHAEL POSHKUS, M.D.
By his attorney,

/s/ Jay M. Elias

Jay M. Elias #3050
RATCLIFFE, BURKE,
HARTEN & ELIAS, LLP
1600 Financial Plaza
Providence, RI 02903
(401) 331-3400
(401) 331-3440 (Fax)

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document was mailed, postage prepaid, to the following on July 9, 2007:

Thomas Flannery, # W-86388
MCI Shirley
P.O.Box 1218
Shirley, MA 01464

/s/ John B. Moretta

I hereby certify that on this 9th day of July, 2007, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who is/are registered participant identified on the Notice of Electronic Filing:

Michael B. Grant, Esq.
40 Howard Avenue
Cranston, RI 02920

Jay M. Elias, Esq.
Ratcliffe, Burke Harten & Elias, LLP
1600 Financial Plaza
Providence, Rhode Island 02903

/s/ John B. Moretta

UNITED STATES DISTRICT COURT EXHIBIT B

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS FLANNERY | ) | |
| Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO. 399S |
| DR. BAUMEISTER et al | ) | |
| Defendants, jointly | ) | |

<u>PLAINTIFF'S OPPOSITION TO DEFENDANTS JOINT MOTION</u>

<u>TO DEPOSE HIM UNDER FED. R. CIV. P. 30(a)(2)</u>

The plaintiff respectfully moves this Honorable Court to DENY a joint request by the defendants BAUMEISTER, POSHKUS, but not WALL and MAROCCO, to depose him for good cause.

As reason therefore, the plaintiff asserts that he has been necessarily diligent in providing discovery to defendants. The requisite Rule 16 Conference Statement was accomplished and duly served upon all defendants' counsel on 07-02-07. The Response to BAUMEISTER and POSHKUS relative to their request for the production of documents are mailed this day. In the interim, plaintiff propounded interrogatories to BAUMEISTER on 06-19-07; to POSHKUS on 06-19-07; to WALL on 07-02-07 and to MAROCCO on 07-05-07. The remaining Answers to interrogatories propounded to the plaintiff, for BAUMEISTER and POSHKUS, are slated for completition on or before 07-12-07

Defendants BAUMEISTER and POSHKUS are premature in their joint request where the intent, allegedly, is a tactical decision to keep the plaintiff otherwise occupied with pleadings and a work product not easily achieved in a prison setting. Worse, plaintiff-prisoner bears an additional burden to depose defendants where the fact of his incarceration makes it nearly impossible to arrange, much less prevail on a request for funds and the like to set the deposition properly.

"Interrogatories" directed at nonparty are more properly characterized as "depositions upon written questions," Fed. R. Civ. P. 31, 28 U.S.C.A. - **Watson v. Lowcountry Red Cross**, 947 F.2d 482, which can also be said for interrogatories directed to inmates of correctional institutions by prison officials. It can also be reasoned that deposition upon written questions would better serve parties in prisoner cases, if not for judicial, but institutional economy.

"Good cause" exists under rule governing protective orders when justice requires the protection of a party or a person from any annoyance, embarrassment, oppression, or undue burden or expense. Fed R. Civ. P. 26(c), 28 U.S.C.A. - **Alexander v. F.B.I.**, 186 F.R.D. 54, 60, 71 (D.D.C. 1998).

The plaintiff asserts the discovery privilege for a protective order where the Court has sufficient information as contained herein, as well as wide discretion in these matters, but has not yet conferred with defendants' counsel, since their request preceeded this requirement. It would please the plaintiff and comply with the economy of it, should the Court issue said ORDER.

It has been the experience of other inmates here at Shirley Medium that depositions by prison authorities are difficult to obtain in transcript form and at court expense. Here too, the court reasoned that judicial and institutional economy would preclude such expense and the inmate went without. The plaintiff has such case and will cite same upon request if necessary. Nonetheless, 42 U.S.C. § 1983 [Civil Right] does provide a remedy for such constitutional violations if the defendants' actions were casually connected to a plaintiff's failure to sicceed in a lawsuit. **Gonsalves v. City of New Bedford**, 939 F.Supp. 921, 925-26 (D. Mass. 1996).

WHEREFORE, the plaintiff prays that this Court DENY the defendants' request to depose him for all the reasons set forth in the within.

Respectfully submitted,

[signature]

Thomas Flannery, pro se

Box 1218

Shirley, MA 01464

July 11, 2007

CERTIFICATE OF SERVICE

I certify that I have served a true copy of my mothin within to defendants' counsel; John Moreetta, Esq.; Jay Elias, Esq.; Michael Grant, Esq., via first class mail, postage paid, this 12th day of July 2007.

[signature]

Thomas Flannery, pro se

EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS FLANNERY

vs. C.A. NO. 06-399S

DR: BAUMEISTER; JOSEPH MAROCCO; MICHAEL PARKIS; LT. HANLEY; LT. BARNEY; SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES

**JOINT MOTION OF THE DEFENDANTS, DR. BAUERMEISTER AND MICHAEL POSHKUS, M.D., TO TAKE THE DEPOSITION OF PLAINTIFF, THOMAS FLANNERY, PURSUANT TO F.R.C.P. 30(a)(2)**

Now come Defendants, Dr. Bauermeister and Michael Poshkus, M.D. (hereinafter "Defendants") and hereby file this motion pursuant to F.R.C.P. 30(a)(2) and request leave of this Honorable Court to take the deposition of the Plaintiff, Thomas Flannery (hereinafter "Plaintiff"), in this matter. As this Court is aware, Plaintiff is presently confined in MCI-Shirley in Shirley, Massachusetts. Thus, pursuant to Rule 30(a) (2), Defendants must obtain leave of court prior to noticing the deposition.

While, pursuant to a Scheduling Order entered on June 12, 2007, fact discovery is set to close on July 12, 2007, Plaintiff has not yet provided responses to the discovery requests propounded by the Defendants. While Defendants anticipate the responses will be forthcoming within the week pursuant to the timelines set forth in the F.R.C.P., it is critical that Defendants be in possession of such information prior to the deposition. Thus, and in order to conduct a productive and informed deposition, Defendants request that counsel be permitted to take Plaintiff's deposition on a date agreeable to all parties subsequent to July 12, 2007.

For the foregoing reasons, Defendants Dr. Bauermeister and Michael Poshkus jointly request that this motion be granted pursuant to Rule 30(a)(2).

ORDER
GRANTED.

[signature]

Jacob Hagopian, Sr. U.S.M.J.
July 23 2007

JBM (70-71)
337197 (11/27/07)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS FLANNERY** | : | |
| | : | |
| **v.** | : | **C.A. No. 06-399S** |
| | : | |
| **DR. BAUMEISTER; JOSEPH MAROCCO;** | : | |
| **MICHAEL PARKIS;and A. T. WALL** | : | |

**JOINT OBJECTION OF THE DEFENDANTS**
**TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

Now come the Defendants, Dr. Baumeister (sic) (Martin Bauermeister, M.D.), Michael Parkis (sic) (Michael Poshkus, M.D.), Joseph Marocco, and A.T. Wall and, hereby object to the Motion of the Plaintiff, Thomas Flannery, for a Protective Order related to the deposition of Plaintiff as noticed for December 6, 2007 at 10:00 a.m. In support of this Objection, Defendants submit the attached Memorandum of Law and exhibits.

**Defendant,**
**Dr. Baumeister [*sic*] [Martin Bauermeister,M.D.]**
By his Attorneys,
ROBERTS CARROLL FELDSTEIN & PEIRCE

/s/John B. Moretta
John B. Moretta, Esq. (#6984)
Roberts, Carroll, Feldstein & Peirce, Inc.
10 Weybosset Street, 8th Floor
Providence, RI 02903
(401) 521-7000 (phone)
(401) 521-1328 (fax)

**Defendant Michael Parkis [*sic*] [Michael Poshkus, M.D.]**
By his Attorneys,
RATCLIFFE BURKE HARTEN & ELIAS, LLP

/s/Jay M. Elias
Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

**Defendants A.T. Wall and Joseph Marocco,**
By their Attorney,

/s/Michael B. Grant
Michael B. Grant, Esquire
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622

**CERTIFICATION**

I hereby certify that a true copy of this Objection was mailed, postage prepaid, on the 28th day of November, 2007, to the following:

**LEGAL MAIL**
**PERSONAL AND CONFIDENTIAL**

Mr. Thomas Flannery
MCI Shirley
P. O. Box 1218
Shirley, MA 01464

/s/ John B. Moretta

I hereby certify that on this 28th day of November, 2007, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

Michael B. Grant, Esquire
40 Howard Avenue
Cranston, RI 02920

Jay M. Elias, Esq.
Ratcliffe, Burke Harten & Elias
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

/s/ John B. Moretta

JBM (70-71)
337197 (11/27/07)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS FLANNERY | : | |
| | : | |
| v. | : | C.A. No. 06-399S |
| | : | |
| DR. BAUMEISTER; JOSEPH MAROCCO; | : | |
| MICHAEL PARKIS;and A. T. WALL | : | |

**DEFENDANTS' JOINT MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

## I. INTRODUCTION

Now come the Defendants, Dr. Baumeister (sic) (Martin Bauermeister, M.D.), Michael Parkis (sic) (Michael Poshkus, M.D.), Joseph Marocco, and A.T. Wall ("Defendants") and, hereby submit this Joint Memorandum of Law in support of Defendants' Objection to the Motion of the Plaintiff, Thomas Flannery, for a Protective Order. Plaintiff's Motion for a Protective Order seeks to prohibit Defendants from taking Plaintiff's deposition, which is presently scheduled to be conducted on December 6, 2007 at 10:00 a.m. The deposition is scheduled to be held at MCI-Shirley in Shirley, Massachusetts, the facility where Plaintiff is incarcerated. As is set forth below, Defendants have already been granted leave by this Honorable Court to take Plaintiff's deposition pursuant to F.R.C.P. 30(a)(2) and, consequently, Plaintiff's Motion should be denied.

## II. ARGUMENT

On July 9, 2007, Defendants Bauermesiter and Poshkus filed a Joint Motion to take Plaintiff's deposition pursuant to F.R.C.P. 30(a)(2). See Exhibit A. This motion was made necessary by the fact that Plaintiff is incarcerated at MCI-Shirley. On July 16, 2007, Plaintiff filed an Objection to Defendants' Joint Motion. See Exhibit B. In his Objection, Plaintiff requested that this Honorable Court deny Defendants' Motion because he had provided

discovery responses to Defendants and was in the process of completing answers to interrogatories. Id. at 1. Plaintiff also requested that the Court deny Defendants' Motion due to his inability to depose Defendants by reason of his incarceration and the cost associated with taking a deposition. Id. On July 23, 2007 Magistrate Judge Hagopian granted Defendants' Motion over Plaintiff's Objection. Thereafter, Defendants noticed Plaintiff's deposition for December 6, 2007.

Despite the fact that this Honorable Court has already granted Defendants' Motion to take Plaintiff's deposition, Plaintiff has now filed a Motion for Protective Order. Quite simply, there is no basis for such a motion at this time as the Defendants' request has been granted in accordance with the Federal Rules of Civil Procedure. Consequently, Defendants jointly and respectfully request that Plaintiff's Motion for a Protective Order be denied.

**Defendant,**
**Dr. Baumeister [*sic*] [Martin Bauermeister,M.D.]**
By his Attorneys,
ROBERTS CARROLL FELDSTEIN & PEIRCE

/s/John B. Moretta
John B. Moretta, Esq. (#6984)
Roberts, Carroll, Feldstein & Peirce, Inc.
10 Weybosset Street, 8th Floor
Providence, RI 02903
(401) 521-7000 (phone)
(401) 521-1328 (fax)

**Defendant Michael Parkis [*sic*] [Michael Poshkus, M.D.]**
By his Attorneys,
RATCLIFFE BURKE HARTEN & ELIAS, LLP

/s/Jay M. Elias
Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

**Defendants A.T. Wall and Joseph Marocco,**
By their Attorney,

/s/Michael B. Grant
Michael B. Grant, Esquire
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622

**CERTIFICATION**

I hereby certify that a true copy of this Memorandum was mailed, postage prepaid, on the 28th day of November, 2007, to the following:

**LEGAL MAIL**
**PERSONAL AND CONFIDENTIAL**

Mr. Thomas Flannery
MCI Shirley
P. O. Box 1218
Shirley, MA 01464

/s/ John B. Moretta

I hereby certify that on this 28th day of November, 2007, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing.

Michael B. Grant, Esquire
40 Howard Avenue
Cranston, RI 02920

Jay M. Elias, Esq.
Ratcliffe, Burke Harten & Elias
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

/s/ John B. Moretta

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS FLANNERY

vs. C.A. NO. 06-399S

DR: BAUMEISTER: JOSEPH MAROCCO;
MICHAEL PARKIS; LT. HANLEY; LT.
BARNEY: SUED IN THEIR INDIVIDUAL
AND OFFICIAL CAPACITIES

**JOINT MOTION OF THE DEFENDANTS, DR. BAUERMEISTER AND MICHAEL POSHKUS, M.D., TO TAKE THE DEPOSITION OF PLAINTIFF, THOMAS FLANNERY, PURSUANT TO F.R.C.P. 30(a)(2)**

Now come Defendants, Dr. Bauermeister and Michael Poshkus, M.D. (hereinafter "Defendants") and hereby file this motion pursuant to F.R.C.P. 30(a)(2) and request leave of this Honorable Court to take the deposition of the Plaintiff, Thomas Flannery (hereinafter "Plaintiff"), in this matter. As this Court is aware, Plaintiff is presently confined in MCI-Shirley in Shirley, Massachusetts. Thus, pursuant to Rule 30(a) (2), Defendants must obtain leave of court prior to noticing the deposition.

While, pursuant to a Scheduling Order entered on June 12, 2007, fact discovery is set to close on July 12, 2007, Plaintiff has not yet provided responses to the discovery requests propounded by the Defendants. While Defendants anticipate the responses will be forthcoming within the week pursuant to the timelines set forth in the F.R.C.P., it is critical that Defendants be in possession of such information prior to the deposition. Thus, and in order to conduct a productive and informed deposition, Defendants request that counsel be permitted to take Plaintiff's deposition on a date agreeable to all parties subsequent to July 12, 2007.

For the foregoing reasons, Defendants Dr. Bauermeister and Michael Poshkus jointly request that this motion be granted pursuant to Rule 30(a)(2).

DEFENDANT,
DR. BAUERMEISTER
By his attorney,

/s/ John B. Moretta

John B. Moretta #6984
ROBERTS, CARROLL, FELDSTEIN
& PEIRCE INC
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000 FAX 401-521-1328
Email: jmoretta@rcfp.com

DEFENDANT,
MICHAEL POSHKUS, M.D.
By his attorney,

/s/ Jay M. Elias

Jay M. Elias #5050
RATCLIFFE, BURKE,
HARTEN & ELIAS, LLP
1600 Financial Plaza
Providence, RI 02903
(401) 331-3400
(401) 331-3440 (Fax)

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document was mailed, postage prepaid, to the following on July 9, 2007:

Thomas Flannery, # W-86388
MCI Shirley
P.O Box 1218
Shirley, MA 01464

/s/ John B. Moretta

I hereby certify that on this 9th day of July, 2007, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who is/are registered participant identified on the Notice of Electronic Filing:

Michael B. Grant, Esq.
40 Howard Avenue
Cranston, RI 02920

Jay M. Elias, Esq.
Ratcliffe, Burke Harten & Elias, LLP
1600 Financial Plaza
Providence, Rhode Island 02903

/s/ John B. Moretta

UNITED STATES DISTRICT COURT EXHIBIT B

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS FLANNERY | ) | |
| Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO. 399S |
| DR. BAUMEISTER et al | ) | |
| Defendants, jointly | ) | |

PLAINTIFF'S OPPOSITION TO DEFENDANTS JOINT MOTION

TO DEPOSE HIM UNDER FED. R. CIV. P. 30(a)(2)

The plaintiff respectfully moves this Honorable Court to DENY a joint request by the defendants BAUMEISTER, POSHKUS, but not WALL and MAROCCO, to depose him for good cause.

As reason therefore, the plaintiff asserts that he has been necessarily diligent in providing discovery to defendants. The requisite Rule 16 Conference Statement was accomplished and duly served upon all defendants' counsel on 07-02-07. The Response to BAUMEISTER and POSHKUS relative to their request for the production of documents are mailed this day. In the interim, plaintiff propounded interrogatories to BAUMEISTER on 06-19-07; to POSHKUS on 06-19-07; to WALL on 07-02-07 and to MAROCCO on 07-05-07. The remaining Answers to interrogatories propounded to the plaintiff, for BAUMEISTER and POSHKUS, are slated for completition on or before 07-12-07

Defendants BAUMEISTER and POSHKUS are premature in their joint request where the intent, allegedly, is a tactical decision to keep the plaintiff otherwise occupied with pleadings and a work product not easily achieved in a prison setting. Worse, plaintiff-prisoner bears an additional burden to depose defendants where the fact of his incarceration makes it nearly impossible to arrange, much less prevail on a request for funds and the like to set the deposition properly.

"Interrogatories" directed at nonparty are more properly characterized as "depositions upon written questions," Fed. R. Civ. P. 31, 28 U.S.C.A. - Watson v. Lowcountry Red Cross, 947 F.2d 482, which can also be said for interrogatories directed to inmates of correctional institutions by prison officials. It can also be reasoned that deposition upon written questions would better serve parties in prisoner cases, if not for judicial, but institutional economy.

"Good cause" exists under rule governing protective orders when justice requires the protection of a party or a person from any annoyance, embarrassment, oppression, or undue burden or expense. Fed R. Civ. P. 26(c), 28 U.S.C.A. - **Alexander v. F.B.I.**, 186 F.R.D. 54, 60, 71 (D.D.C. 1998).

The plaintiff asserts the discovery privilege for a protective order where the Court has sufficient information as contained herein, as well as wide discretion in these matters, but has not yet conferred with defendants' counsel, since their request preceeded this requirement. It would please the plaintiff and comply with the economy of it, should the Court issue said ORDER.

It has been the experience of other inmates here at Shirley Medium that depositions by prison authorities are difficult to obtain in transcript form and at court expense. Here too, the court reasoned that judicial and institutional economy would preclude such expense and the inmate went without. The plaintiff has such case and will cite same upon request if necessary. Nonetheless, 42 U.S.C. § 1983 [Civil Right] does provide a remedy for such constitutional violations if the defendants' actions were casually connected to a plaintiff's failure to sicceed in a lawsuit. **Gonsalves v. City of New Bedford**, 939 F.Supp. 921, 925-26 (D. Mass. 1996).

WHEREFORE, the plaintiff prays that this Court DENY the defendants' request to depose him for all the reasons set forth in the within.

Respectfully submitted,

Thomas Flannery, pro se
Box 1218
Shirley, MA 01464

July 11, 2007

CERTIFICATE OF SERVICE

I certify that I have served a true copy of my mothin within to defendants' counsel; John Moreetta, Esq.; Jay Elias, Esq.; Michael Grant, Esq., via first class mail, postage paid, this 12th day of July 2007.

Thomas Flannery, pro se

70-71 (7/9/07)

EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS FLANNERY

vs. C.A. NO. 06-399S

DR: BAUMEISTER; JOSEPH MAROCCO;
MICHAEL PARKIS; LT. HANLEY; LT.
BARNEY; SUED IN THEIR INDIVIDUAL
AND OFFICIAL CAPACITIES

**JOINT MOTION OF THE DEFENDANTS, DR. BAUERMEISTER AND MICHAEL POSHKUS, M.D., TO TAKE THE DEPOSITION OF PLAINTIFF, THOMAS FLANNERY, PURSUANT TO F.R.C.P. 30(a)(2)**

Now come Defendants, Dr. Bauermeister and Michael Poshkus, M.D. (hereinafter "Defendants") and hereby file this motion pursuant to F.R.C.P. 30(a)(2) and request leave of this Honorable Court to take the deposition of the Plaintiff, Thomas Flannery (hereinafter "Plaintiff"), in this matter. As this Court is aware, Plaintiff is presently confined in MCI-Shirley in Shirley, Massachusetts. Thus, pursuant to Rule 30(a) (2), Defendants must obtain leave of court prior to noticing the deposition.

While, pursuant to a Scheduling Order entered on June 12, 2007, fact discovery is set to close on July 12, 2007, Plaintiff has not yet provided responses to the discovery requests propounded by the Defendants. While Defendants anticipate the responses will be forthcoming within the week pursuant to the timelines set forth in the F.R.C.P., it is critical that Defendants be in possession of such information prior to the deposition. Thus, and in order to conduct a productive and informed deposition, Defendants request that counsel be permitted to take Plaintiff's deposition on a date agreeable to all parties subsequent to July 12, 2007.

For the foregoing reasons, Defendants Dr. Bauermeister and Michael Poshkus jointly request that this motion be granted pursuant to Rule 30(a)(2).

ORDER
GRANTED.

[signature]
Jacob Hagopian, Sr. U.S.M.J.
July 23 2007