UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Thomas Flannery
      Plaintiff

V.                                             CA 06-399S

Dr. Bauermeister, et al
      Defendant

### ORDER

The Report and Recommendation of Senior United States Magistrate Judge Jacob Hagopian filed on December 11, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1)(B). No objection having been filed, Defendants' Motions to Dismiss plaintiff's Eighth Amendment claim are GRANTED.

BY ORDER:

_____
DEPUTY CLERK

ENTER:

_____
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 12/28/07