UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


Thomas Flannery
      Plaintiff

V.                                      CA 06-399S

Dr. Bauermeister, et al
      Defendant


### ORDER

The Report and Recommendation of Senior United States Magistrate Judge Jacob Hagopian filed on December 11, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1)(B). No objection having been filed, Defendants' Motions for Summary Judgment are GRANTED and Plaintiff's Motion for Summary Judgment is DENIED.

BY ORDER:

_/s/ Baldwin_
DEPUTY CLERK

ENTER:

_/s/ W Smith_
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE: 12/28/07