**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Thomas Flannery**
**Plaintiff**

**V.** **Case Number: C.A. 06-399S**

**Dr. Bauermeister, et al**
**Defendant**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment is hereby entered in favor of the Defendants, Dr. Bauermeister, Joseph Marocco, Michael Parkis and Director, A.T. Wall against the Plaintiff, Thomas Flannery pursuant to the Court's Order dated December 28, 2007, adopting the Magistrate Judge's Report and Recommendations dated December 11, 2007, granting Defendants' Motions to Dismiss plaintiff's Eighth Amendment claim and granting Defendants' Motions for Summary Judgment and denying Plaintiff's Motion for Summary Judgment.**

**BY ORDER:**

**January 03, 2008**
**Date**

**Deputy Clerk**