UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS FLANNERY | ) | |
| Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO. 06-399S |
| DR. BAUERMEISTER et al | ) | |
| Defendants | ) | |

PLAINTIFF'S OBJECTION PURSUANT TO

FED. R. CIV. P. 72(b); LOCAL RULE 72(d)[1]

The plaintiff objects to the Magistrate's (Hagopian, M.J.) to the proposed findings and recommendations of December 11, 2007 [Report and Recommendation].

As reason therefore, the plaintiff's timely objections are specific to certain facts the Court may or may not be aware of in this matter. Currently, plaintiff-prisoner is housed in the Special Management Unit (SMU) of MCI Shirley Medium, which custody is segregated confinement for 23 of 24 hours per day. Plaintiff's ability to litigate this civil action is severely limited due to restrictions on law library access, to which he has repeatedly relied upon. Plaintiff is also diagnosed with Agoraphobia and Generalied Anxiety Disorder, while medicated daily, a condition that hampers his ability to remain alert and ambulatory. Lastly, plaintiff received the Magistrate's reports on or about December 13, 2007, rendering his objection herein as timely notwithstanding the requested and urgent need of an institutional law clerk to make said objection.

[1]Plaintiff is unaware of § 72(d), as it is not possessed by the institution's law library. The Rule is a December 1, 2007 proposed Amendment without contrary Congressional action.

WHEREFORE, the plaintiff prays that his objections are duly considered and accepted, as well review his recommendations de novo, in the interests of justice.

Respectfully submitted,

Thomas Flannery, pro se
Box 1218
Shirley, MA 01464

December 21, 2007

CERTIFICATE OF SERVICE

I certify that I have served a true copy of my objections to defendants' counsel: Jay Elias, Esq.; John Moretta, Esq. and Michael Grant, Esq., this 21st day of December 2007, via first class mail, postage-paid, by depositing same in the institution's mail drop with assistance from an officer of the SMU (mail is placed in the cell door for collection, as is the rule in the segregated units).

Thomas Flannery, pro se
Plaintiff