January 8, 2008

Box 1218
Shirley, MA 01464

The Honorable Mary M. Lisi
Chief Justice
United States District Court
District of Rhode Island
One Exchange Terrace
Providence, RI 02903-1779

RE: C. A. No. 06-399S, **Thomas Flannery v. Dr. Bauermeister et al**

Your Honor:

The plaintiff in this action is currently segregated in a Special Management Unit (SMU) here at MCI Shirley Medium and has been so confined for more than four moths. He is under medical supervision where he is heavily medicated. Ironically, he is prescribed and dispensed the same medications he was denied while in Rhode Island custody and which is the crux of this civil action.

Yesterday, the plaintiff received ORDERS of this Court [85] [86] that accepted the Report and Recommendation of Magistrate Judge Hagopian filed on December 11, 2007, pursuant to 28 U.S.C. § 636 (b) (1) (B), effectively dismissing his Eigth Amendment claim and granting defendants summary judgement, while denying plaintiff request for summary judgement as well. The ORDERS were also approved by Justice William E. Smith on December 28, 2007.

While the ORDERS stated that no objection was made to Magistrate Hagopian's determinations, it is not so. The plaintiff did make his objections know in a timely manner notwithstanding the Magistrate's limited and narrow window of ten days only to do so. Further, he delineated additional reasons for his objection that were of a structural nature and relevant to the erroneous determinations arrived at by the Magistrate. Compounding this alleged denial of access to this Court is the fact that the plaintiff's motion for a protective order has never been responded to, nor has his repeated requests for the docket entries to the clerk. These are serious breaches by the Court, indeed.

The plaintiff has this day as well forwarded a reconsideration motion to the Court. It follows that upon a denial by the presiding justice his appeal (COA) shall be submitted instantly, for fear of another alleged failure of the Court to properly file and adjudicate his requests as is his right.

I respectfully ask that you intervene in this matter where there appears to a lack of communications between the clerk and the Magistrate. The reconsideration motion, having been filed in a timely manner, shall, no doubt, determine if and when this matter proceed to the appellate court. In the interim, I would request an understanding of what has transpired in my case. While I am not au courant with law, I am ably assistated by the law clerks here at Shirley Medium.

Respectfully,

Thomas F. Flannery

Thomas Flannery
W86388
MCI Shirley Medium

cc: Jay Elias, Esquire
John Moretta, Esquire
Michael Grant, Esquire

Certified Mail 7006 0100 0003 8523 6805 [Return Receipt]