JBM (70-71)
341991 (1/25/08)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS FLANNERY** | : | |
| | : | |
| **v.** | : | **C.A. No. 06-399S** |
| | : | |
| **DR. BAUMEISTER; JOSEPH MAROCCO;** | : | |
| **MICHAEL PARKIS;and A. T. WALL** | : | |

**JOINT OBJECTION OF THE DEFENDANTS**
**TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

Now come the Defendants, Dr. Baumeister (sic) (Martin Bauermeister, M.D.), Michael Parkis (sic) (Michael Poshkus, M.D.), Joseph Marocco, and A.T. Wall, and hereby object to the Motion of the Plaintiff, Thomas Flannery, for Reconsideration of this Court's decisions regarding Defendants' Joint Motion for Summary Judgment and the Rule 12(B)(6) Motions to Dismiss filed by the respective Defendants. In support of this Objection, Defendants submit the attached Memorandum of Law.

**Defendant,**
**Dr. Baumeister [*sic*] [Martin Bauermeister,M.D.]**
By his Attorneys,
ROBERTS CARROLL FELDSTEIN & PEIRCE

/s/John B. Moretta
John B. Moretta, Esq. (#6984)
Roberts, Carroll, Feldstein & Peirce, Inc.
10 Weybosset Street, 8th Floor
Providence, RI 02903
(401) 521-7000 (phone)
(401) 521-1328 (fax)

**Defendant Michael Parkis [*sic*] [Michael Poshkus, M.D.]**
By his Attorneys,
RATCLIFFE BURKE HARTEN & ELIAS, LLP

/s/Jay M. Elias
Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

**Defendants A.T. Wall and Joseph Marocco,**
By their Attorney,

/s/Michael B. Grant
Michael B. Grant, Esquire
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622

**CERTIFICATION**

I hereby certify that a true copy of this Objection was mailed, postage prepaid, on the 25th day of January, 2008, to the following:

**LEGAL MAIL**
**PERSONAL AND CONFIDENTIAL**

Mr. Thomas Flannery
MCI Shirley
P. O. Box 1218
Shirley, MA 01464

/s/ John B. Moretta

I hereby certify that on this 25th day of January, 2008, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

Michael B. Grant, Esquire
40 Howard Avenue
Cranston, RI 02920

Jay M. Elias, Esq.
Ratcliffe, Burke Harten & Elias
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

/s/ John B. Moretta

JBM (70-71)
341991 (1/25/08)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS FLANNERY** | : | |
| | : | |
| **v.** | : | **C.A. No. 06-399S** |
| | : | |
| **DR. BAUMEISTER; JOSEPH MAROCCO;** | : | |
| **MICHAEL PARKIS;and A. T. WALL** | : | |

**DEFENDANTS' JOINT MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

## I. INTRODUCTION

Now come the Defendants, Dr. Baumeister (sic) (Martin Bauermeister, M.D.), Michael Parkis (sic) (Michael Poshkus, M.D.), Joseph Marocco, and A.T. Wall ("Defendants") and, hereby submit this Joint Memorandum of Law in support of Defendants' Objection to the Motion of the Plaintiff, Thomas Flannery, for Reconsideration of this Court's rulings regarding Defendants' Joint Motion for Summary Judgment, Plaintiff's Motion for Summary Judgment and the Rule 12(B)(6) Motions to Dismiss filed by the respective Defendants.

On January 4, 2008, this Honorable Court adopted the Reports and Recommendations issued by Magistrate Judge Hagopian as issued on December 11, 2007. Judgment was also entered in favor of the Defendants and against Plaintiff on January 4, 2008. On December 21, 2007 Plaintiff objected to the Reports and Recommendations and later filed this Motion for Reconsideration.

## II. ARGUMENT

Subsequent to the entry of Judgment on January 4, 2008, Plaintiff moved, on January 6, 2008, for reconsideration of the Reports and Recommendations issued in this matter. Plaintiff's Motion fails to provide any basis for reconsideration of the Reports, Orders, or entry of Judgment in this case.

Quite simply, and without restating all facts as set forth in Defendants' prior motions and in this Court's rulings, Plaintiff has not alleged any facts sufficient to survive Defendants' Joint Motion for Summary Judgment or the various Rule 12(B)(6) Motions to Dismiss.

First, with regard to Defendants' Joint Motion for Summary Judgment, the Report and Recommendation adopted by the Court concluded that Plaintiff's medical malpractice claim must fail as Plaintiff failed to disclose an expert witness in support of the claim. The Court correctly noted that the Plaintiff must establish the appropriate standard of care in such an action through expert testimony. See Wilkinson v. Vesey, 295 a.2d 676, 682 (R.I. 1972). As Plaintiff failed to disclose such an expert, summary judgment is appropriate on Plaintiff's medical malpractice claim.[1]

Next, as to Plaintiff's request for reconsideration of the Court's rulings regarding Defendants' Motions to Dismiss, Plaintiff fails to recognize that he has not set forth any allegations sufficient to rise to the level of "deliberate indifference" in violation of the Eighth Amendment. Estelle v. Gamble, 429 U.S. 97, 106 (1976). There is simply no allegation that Dr. Bauermeister or any of the Defendants consciously disregarded the

---

[1] This issue may be moot at this point, however, as Plaintiff's Motion for Reconsideration denies that Plaintiff is asserting a medical malpractice claim.

needs of the Plaintiff, and, as a result, Plaintiffs Motion must fail.

## III. CONCLUSION

For the foregoing reasons, Defendants request that Plaintiff's Motion for Reconsideration be denied.

**Defendant,**
**Dr. Baumeister [*sic*] [Martin Bauermeister,M.D.]**
By his Attorneys,
ROBERTS CARROLL FELDSTEIN & PEIRCE

/s/John B. Moretta
John B. Moretta, Esq. (#6984)
Roberts, Carroll, Feldstein & Peirce, Inc.
10 Weybosset Street, 8th Floor
Providence, RI 02903
(401) 521-7000 (phone)
(401) 521-1328 (fax)

**Defendant Michael Parkis [*sic*] [Michael Poshkus, M.D.]**
By his Attorneys,
RATCLIFFE BURKE HARTEN & ELIAS, LLP

/s/Jay M. Elias
Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

**Defendants A.T. Wall and Joseph Marocco,**
By their Attorney,

/s/Michael B. Grant
Michael B. Grant, Esquire
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622

**CERTIFICATION**

I hereby certify that a true copy of this Memorandum was mailed, postage prepaid, on the 25th day of January, 2008, to the following:

**LEGAL MAIL**
**PERSONAL AND CONFIDENTIAL**

Mr. Thomas Flannery
MCI Shirley
P. O. Box 1218
Shirley, MA 01464

/s/ John B. Moretta

I hereby certify that on this 25th day of January, 2008, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

Michael B. Grant, Esquire
40 Howard Avenue
Cranston, RI 02920

Jay M. Elias, Esq.
Ratcliffe, Burke Harten & Elias
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

/s/ John B. Moretta