UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS FLANNERY | ) | |
| Plaintiff | ) | |
| v. | ) | C. A. NO. 06-399S |
| DR. BAUERMEISTER et al | ) | |
| Defendants | ) | |

NOTICE OF APPEAL

The plaintiff respectfully gives his notice to appeal the opinions, rulings, directions and judgements of the Court, pursuant to Fed. R. App. P. 3, 4, relative to the above captioned matter.

Respectfully submitted,

Tom Flannery

Thomas Flannery, pro se

Box 1218

Shirley, MA 01464

January 25, 2008

CERTIFICATE OF SERVICE

I certify that I have served a true copy of my appeal notice to defendants' counsels: Jay Elias, Esq., John Moretta, Esq. and Michael Grant, Esq., via first class mail, postage-paid, on this 25 day of January 2008, by depositing same in the institution's mail drop.

Tom Flannery

Thomas Flannery

DECLARATION

I certify that my Notice of Appeal is compliant with 28 U.S.C. § 1746, the postage of first class paid to each of the three defendant counsels, as well as being timely and in accordance with Fed. R. App. P. 3, 4 and 4(c).

Tom Flannery

Thomas Flannery, pro se
Affiant
Box 1218
Shirley, MA 01464

January 25 , 2008

RE: C. A. No. 06-399S

**Thomas Flannery v. Dr. Bauermeister et al**