January 28, 2008

Box 1218
Shirley, MA 01464

Honorable Mary M. Lisi
Chief Justice
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
One Exchange Terrace
Providence, RI 02902-1779

RE: C. A. No. 06-399S, **Flannery v. Dr. Bauermeister et al**

Your Honor:

Relative to my certified mailing to you most recently I am in receipt of the signature card bearing the name of "C. Brady." I had felt compelled to use this mode to ensure that you would receive my letter expressing serious concerns as to the manner in which my civil action has been handled by the Court.

My fear that my access to the District Court has been actually compromised has now prompted me to prematurely notice the Court of my appeal in the case. This is supported by the fact that I have yet to receive my motion of objection to the Magistrate's ruling pursuant to Fed. R. Civ. P. 72(b); LR Cv 72(d), as well as my reconsideration request that followed. I deemed it prudent to be timely albeit procedurially incorrect.

I pray that you will understand my intention that arise from a fear that I shall not be equally opportuned in this Court. It is not an advantage that I seek, nor a strategy that is worthy, but I do expect justice in the federal forum.

Respectfully,

Thomas Flannery

Thomas Flannery
W85388
MCI Shirley Medium