Clerk
DCRI #06-399

CERTIFIED COPY

# United States Court of Appeals
## For the First Circuit

---

Nos. 08-1162 and 08-1232

THOMAS FLANNERY
Plaintiff - Appellant

v.

DR. MARTIN BAUERMEISTER; JOSEPH MAROCCO; DR. MICHAEL POSHKUS; A.T. WALL, Director of Rhode Island Department of Corrections
Defendants - Appellees

---

LT. HANLEY, sued in his individual and official capacity;
LT. BARNEY, sued in his individual and official capacity
Defendants

---

**ORDER OF COURT**

Entered: March 14, 2008
Pursuant to 1st Cir. R. 27.0(d)

As Appellant has paid the filing fee, the February 26, 2008 order applying Prison Litigation Reform Act (PLRA) in Case No. 08-1162 is vacated.

By the Court:

Richard Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

[Certified copy to David DiMarzio, Clerk of USDC RI, and Treasurer, MCI Shirley,
cc: Messrs. Flannery, Moretta, Grant, Elias, Rand]

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: D Barbara Date: 3/14/08