JBM:ssk - 346479
70-71 (3/18/08)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS FLANNERY** | : | |
| | : | |
| **v.** | : | **C.A. No. 06-399S** |
| | : | |
| **DR. BAUMEISTER; JOSEPH MAROCCO;** | : | |
| **MICHAEL PARKIS;and A. T. WALL** | : | |

**WITHDRAWAL OF APPEARANCE**

I hereby withdraw my appearance on behalf of defendant, Dr. Martin Bauermeister, in the above-entitled matter.

/s/John B. Moretta
John B. Moretta, Esq. (#6984)
Roberts, Carroll, Feldstein & Peirce, Inc.
10 Weybosset Street, 8th Floor
Providence, RI 02903
(401) 521-7000 (phone)
(401) 521-1328 (fax)

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of defendant, Dr. Martin Bauermeister, in the above-entitled matter.

/s/Dennis E. Carley
Dennis E. Carley, Esq. (#3218)
Roberts, Carroll, Feldstein & Peirce, Inc.
10 Weybosset Street, 8th Floor
Providence, RI 02903
(401) 521-7000 (phone)
(401) 521-1328 (fax)

**CERTIFICATION**

I hereby certify that a true copy of the within document was mailed, postage prepaid, on the 20th day of March, 2008, to the following:

**LEGAL MAIL**
**PERSONAL AND CONFIDENTIAL**

Mr. Thomas Flannery
MCI Shirley
P. O. Box 1218
Shirley, MA 01464

/s/ John B. Moretta

I hereby certify that on this 20th day of March, 2008, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

Michael B. Grant, Esquire
40 Howard Avenue
Cranston, RI 02920

Jay M. Elias, Esq.
Ratcliffe, Burke Harten & Elias
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

/s/ John B. Moretta