06-00399
USDCRI
Judge Smith

**MANDATE**

# United States Court of Appeals
## For the First Circuit

No.08-1232

THOMAS J. FLANNERY,

Plaintiff - Appellant

v.

MARTIN BAUERMEISTER; JOSEPH MAROCCO; MICHAEL POSHKUS,

Defendants - Appellees

HANLEY; BARNEY,

Defendants

A.T. WALL DIRECTOR OF RHODE ISLAND DEPARTMENT OF CORRECTIONS,

Defendant - Appellee

**JUDGMENT**

Entered: April 1, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Defendant's appeal shall proceed under No.08-1162.

Mandate to issue forthwith.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 4/1/08

By the Court:

/s/ Richard Cushing Donovan, Clerk

[cc: Dennis Carley, Jay Elias, Michael Grant, Shannon Rand, Thomas Flannery]